# EXHIBIT 1

Debt Validation Letter to Portfolio Recovery Associates, LLC,
with USPS Certified Mail Return Receipt
(Tracking No. 9589 0710 5270 1697 0955 29, delivered Jan. 7, 2025)

*December 23, 2024*

**Exhibit A:** Debt Validation Letter (December 23, 2024).

**Jaime Faria**
[redacted]

12/23/2024

**Portfolio Recovery Associates, LLC**
P.O. Box 12914
Norfolk, VA 23541

**Subject:** Formal Demand for Debt Validation and Cease Communication Under 15 U.S.C. § 1692c(c) and § 1692g

**To Portafolio Recovery Associates,**

This is a formal notice that the alleged debt associated with account number [redacted] **is disputed in its entirety.** Additionally, I am invoking my rights under the **Fair Debt Collection Practices Act (FDCPA)**, specifically under **15 U.S.C. § 1692c(c)**, to demand that you cease **all communication with me immediately** regarding this debt.

Let me be clear: any further communication or collection activity, other than what is legally allowed under the FDCPA, will be interpreted as a deliberate violation of federal law. Such violations will expose **Portfolio Recovery Associates, LLC** to legal action, including damages of up to **$1,000 per violation**, as well as liability for attorney's fees, court costs, and additional compensatory damages as warranted.

Furthermore, I am exercising my rights under **15 U.S.C. § 1692g** to demand **strict validation of the debt** within the legally allowed timeframe. This validation must include the following:

1. **The exact amount of the debt,** with a full breakdown of principal, interest, and any fees or charges added.
2. **The name and address of the original creditor (Citibank N.A.).**
3. **Documentary evidence** proving that this debt is legitimate and that I am legally obligated to pay it, such as a copy of the original signed agreement or contract.
4. **Proof of the chain of title,** including all assignments or transfers of this debt from the original creditor to Portfolio Recovery Associates, LLC, ensuring you have legal standing to collect it.

Until this validation is provided, I demand that all collection activities cease immediately. Additionally, any reporting of this alleged debt to credit reporting agencies without first validating its accuracy and legitimacy will constitute a clear violation of the **Fair Credit Reporting Act (FCRA)** under **15 U.S.C. § 1681s-2(b)**. Such actions will expose your company to further legal liability for damages caused by reporting false or unverified information.

**LEGAL NOTICE:**
Failure to comply with these demands within **30 days** of receiving this letter will result in immediate action, including but not limited to:

1. Filing formal complaints with the **Consumer Financial Protection Bureau (CFPB)**, the **Federal Trade Commission (FTC)**, and the **Attorney General's Office** in my state.
2. Exploring all available legal remedies, including filing a civil lawsuit for violations of the FDCPA and FCRA.

This letter serves as your **final warning**. Any attempt to initiate legal proceedings without proper validation of this debt will be met with a vigorous legal defense and potential counterclaims. Be advised that this letter and any further communication will be documented and may be used as evidence in any legal proceedings.

I expect your full compliance and a response with the requested documentation within the legally mandated timeframe.

Sincerely,
Jaime Faria

**Exhibit B:** USPS Certified Mail Return Receipt (green card, Tracking No. **9589071052701697095529**).

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Portfolio Recovery
Associates, LLC
P.O Box 12914
Norfolk, VA 23541

9590 9402 8509 3186 0613 15

2. Article Number (Transfer from service label)

9589 0710 5270 1697 0955 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING#

RICHMOND VA RPDC 230
02 APR 2026 PM 4 L

9590 9402 8509 3186 0613 15

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Jaime Faria
4151 Southwest Freeway
Suite 460
Houston, TX 77027

# EXHIBIT 2

Portfolio Recovery Associates, LLC — Debt Claim Citation, Petition, and Claim Exhibits (Bill of Sale, Sale File, and Citibank Statements), Cause No. 25-JDC11-06231, Justice Court, Pct. 1, Pl. 1, Fort Bend County

*2025*

**DEBT CLAIM CITATION**

**Honorable Kelly N. Crow**
**Justice of the Peace, Pct 1, Pl 1**
**22333 Grand Corner Drive**
**Katy TX 77494**

**Case No. 25-JDC11-06231**

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC. | In The Justice Court |
| Vs | Precinct 1, Place 1 |
| JAIME FARIA | Fort Bend County Texas |

**TO: ANY SHERIFF, CONSTABLE OR OTHER PERSON AUTHORIZED BY LAW, OR ANY PERSON CERTIFIED UNDER ORDER OF THE TEXAS SUPREME COURT:**

Deliver this citation to: JAIME FARIA
[redacted]

The State of Texas to Jaime Faria, Defendant, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff. A copy of the Petition filed September 10, 2025 is attached. The plaintiff's attorney name and address, or the plaintiff's address, if they have no attorney, are:

Plaintiff's Address
PO Box 115220
Carrollton TX 75011

Issued and given under my hand on 9/19/2025

Honorable Kelly N Crow
Fort Bend County, Texas
By: Sylvia Martinez, Justice Court Deputy

FILED
2026 MAR 18 PM 3:45
COUNTY CLERK
FORT BEND COUNTY TEXAS

25-JDC11-06231

Electronically Filed
9/10/2025 4:50 AM
Crow, Kelly N.
Justice of the Peace, Pct 1 Place 1
Fort Bend County, Texas

# Justice Court Debt Collection Case

Original Petition

**THE CASE STYLE**

1 Case Style
Portfolio Recovery Associates, LLC
Plaintiff
vs.
Jaime Faria
Defendant

2 Court
CASE NUMBER ______________________

IN THE FORT BEND COUNTY JUSTICE COURT
PRECINCT 1 PLACE 1
2233 Grand Corner Drive
Katy, TX 77494
Ph: (281) 238-1460

**THE PARTIES TO THE LAWSUIT**

3 Plaintiff
Portfolio Recovery Associates, LLC

4 Plaintiff's Capacity
a limited liability company

5 Defendant
Jaime Faria

7 Co-Defendant

6 Defendant's Address and Phone:
[redacted]
or where they may be Found.

8 Co-Defendant's Address and Phone

**DETAILS ABOUT PLAINTIFF'S CLAIM**

9 Original Creditor:
Citibank, N.A.

10 Account Number:
[redacted]

11 Claim Type:
Credit Account

12 Card/Account Name:
Best Buy

13 Date Account Opened:
December 6, 2019

14 Date Acct Closed/Chargeoff:
September 16, 2024

15 Claim Detail [Optional]:
Plaintiff's claim is for Account Stated and/or Open Account. The claim arises from a Credit Account entered into by Defendant(s) with Citibank, N.A., Account No. [redacted] (the Account). The Account is in default and Plaintiff sues herein for actual damages, and cost of court.

16 Claim Totals

| | | |
|---|---|---|
| Damages | $ | 4,408.08 |
| Interest | $ | 0.00 |
| Attys Fees | $ | 0.00 |
| TOTAL | $ | 4,408.08 |

**IS THIS AN ASSIGNED CLAIM**

X Plaintiff's Claim is Assigned q N/A

Plaintiff Acquired the Claim From (as either Owner or as Servicer of the account):
Citibank, N.A.

Date of Acquisition:
11/22/2024

Other Prior Holders of the Claim:

PLAINTIFF or PLAINTIFF'S ATTORNEY

Name of Firm [if applicable]:
Scott & Associates, P.C.

Address:
P.O. Box 115220
Carrollton, Texas 75011-5220

Phone / FAX:
Ph: (866) 298-3155 / For Court Inquires only (214) 234-8456
Fax: (214) 234-8454

Service by email is Authorized courts@scott-pc.com

**ONGOING INTEREST**

q Plaintiff Seeks Ongoing Interest X N/A

q Interest is Statutory and/or q Interest is Contractual

Interest Accrues On What Amount: | Interest Rate:

Commencing: | Interest Calculated as of:

Date:
September 8, 2025

Signature:
/s/ Aleshia R. Huffman
Digitally signed by Aleshia R. Huffman
DN: o=MJSPC, ou=Legal, uid=435775595
Date: 9/8/2025 10:52:36 AM

**ATTY FEES**

q Plaintiff Seeks Attorneys Fees
X Plaintiff Does Not Seek Attorneys Fees

Name: Aleshia R. Huffman

Bar No. [if applicable]: SBN 24065462

**Michael J. Scott, SBN 24000876, is hereby designated as Attorney in Charge pursuant to TRCP 8**

Chain of Title for Assigned Claim:
Name
Citibank, N.A.
Portfolio Recovery Associates, LLC

# Claim Exhibits

Docusign Envelope ID: E1D6411C-F435-42AA-B021-CACFA4C73AA8

Contract ID: PR8MUMAA073123
Addendum ID: PR8MUMAA073123C6
Document ID: 110724PR1BB1FMB1

**BILL OF SALE AND ASSIGNMENT**
**October 2022 Best Buy Fresh Flow Accounts**

THIS BILL OF SALE AND ASSIGNMENT dated November 22, 2024, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 5800 South Corporate Place, Sioux Falls, SD 57108 (the "Bank") to Portfolio Recovery Associates, LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business at 120 Corporate Boulevard, Norfolk, VA 23502. ("Buyer").

For value received and subject to the terms and conditions of the Master Purchase and Sale Agreement dated July 31, 2023 and Addendum No. 6 dated July 31, 2023, between Buyer and the Bank as amended, restated, or otherwise modified from time to time (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file and identified as PRA-Best-Buy-Fresh-Flow-1124.

**Citibank, N.A.**

DocuSigned by:

By: Brandy Reardon
0A0085144F0B4AF...
(Signature)

Name: Brandy Reardon

Title: Authorized Party

**Portfolio Recovery Associates, LLC**

DocuSigned by:

By: Leigh Bates
8A3D5D0818674CF...

Name Leigh Bates

Title: Senior Vice President

Contract ID: PR8MUMAA073123
Addendum ID: PR8MUMAA073123C6
Document ID: 110724PR1BB1FMA1

**Exhibit 1**
**Asset Schedule**

The individual Accounts transferred are described in the final electronic file and delivered by the Bank to Buyer, the same deemed attached hereto by this reference.

| Lot | Sale ID | # of Accounts | Sale Balance | Cut-Off Date |
|---|---|---|---|---|
| Best Buy Fresh Flow | 110724PR1BB1FM | [redacted] | [redacted] | 11/7/2024 |

**Sale File: PORTREC_PRA-BEST-BUY-FRESH-FLOW-1124.XLSX**

| | |
|---|---|
| ACCOUNT NUMBER | [redacted] |
| PRIOR ACCOUNT NUMBER 1 | ***********0000 |
| PRIOR ACCOUNT NUMBER 2 | ***********0000 |
| PRIOR ACCOUNT NUMBER 3 | |
| PRIOR ACCOUNT NUMBER 4 | |
| PRIOR ACCOUNT NUMBER 5 | |
| DM9 ACCOUNT NUMBER | [redacted] |
| CU ACCOUNT NUMBER | [redacted] |
| CROSS_NUMBER_1 | ***********0000 |
| CROSS_NUMBER_2 | ***********0000 |
| CROSS_NUMBER_3 | ***********0000 |
| CONSUMER FIRST AND MIDDLE NAME | JAIME |
| CONSUMER LAST NAME | FARIA |
| CONSUMER SSN OR SIN | *************** |
| CONSUMER BIRTH DATE | **/**/1975 |
| CONSUMER RESIDENCE ADDRESS 1 | [redacted] |
| CONSUMER RESIDENCE ADDRESS 2 | |
| CONSUMER RESIDENCE CITY | [redacted] |
| CONSUMER STATE | [redacted] |
| CONSUMER ZIP CODE | [redacted] |
| CONSUMER RESIDENCE COUNTRY | |
| CONSUMER RESIDENCE PHONE | |
| BAD NUMBER INDICATOR | |
| AWARENESS INDICATOR | *************** |
| LANGUAGE INDICATOR | EN |
| EMAIL ADDRESS | *************** |
| EMAIL CONSENT | Y |
| E-STATEMENT INDICATOR | E |
| CO-BORROWER FIRST AND MIDDLE NAME | |
| CO-BORROWER LAST NAME | |
| CO-BORROWER SSN OR SIN | |
| SALE AMOUNT | $4,408.08 |
| PRINCIPAL | $3,870.00 |
| PRE CHARGE OFF INTEREST | $338.08 |

**Sale File: PORTREC_PRA-BEST-BUY-FRESH-FLOW-1124.XLSX**

| | |
|---|---|
| PRE CHARGE OFF FEES | $200.00 |
| POST CHARGE OFF INTEREST | $0.00 |
| POST CHARGE OFF FEES | $0.00 |
| ORIGINAL LOAN BALANCE | |
| CHARGE OFF BALANCE | $4,408.08 |
| CURRENT BALANCE | $4,408.08 |
| ACCOUNT OPEN DATE | 06-Dec-19 |
| DEFAULT DATE | 05-Feb-24 |
| CHARGE OFF DATE | 16-Sep-24 |
| LAST PAYMENT AMOUNT | $100.00 |
| LAST PAYMENT DATE | 04-Sep-24 |
| LAST PURCHASE AMOUNT | $2.65 |
| LAST PURCHASE DATE | 24-Sep-23 |
| LAST BALANCE TRANSFER AMOUNT | |
| LAST BALANCE TRANSFER DATE | |
| LAST CASH ADVANCE AMOUNT | |
| LAST CASH ADVANCE DATE | |
| TOTAL PAYMENTS POST CHARGE OFF | $0.00 |
| TOTAL NSF POST CHARGE OFF | $0.00 |
| TOTAL CREDITS POST CHARGE OFF | $0.00 |
| BKT6_INT_AMT | |
| LAST_GOOD_PAYMENT_DATE | 04-Jul-24 |
| LAST_GOOD_PAYMENT_AMT | $100.00 |
| SALE SEGMENT | BESTBUY |
| PRODUCT IDENTIFIER CODE | 90387001 |
| PRODUCT DESCRIPTION | My Best Buyr Credit Card |
| STORECARD_INDICATOR | Y |
| SALE ID | 110724PR1BB1FM |
| LENDING LEVEL 1 | OILS |
| LENDING LEVEL 2 | BPLR |
| ATTORNEY LAW FIRM | |
| ATTORNEY NAME | |
| ATTORNEY PHONE | |
| ATTORNEY ADDRESS | |
| ATTORNEY CITY | |
| ATTORNEY STATE | |
| ATTORNEY ZIP CODE | |

**Sale File: PORTREC_PRA-BEST-BUY-FRESH-FLOW-1124.XLSX**

| | |
|---|---|
| DEBT MANAGER ADDRESS | *************** |
| DEBT MANAGER EMAIL1 CONSENT | |
| DEBT MANAGER EMAIL1 USABILITY | Y |
| DEBT MANAGER EMAIL2 ADDRESS | |
| DEBT MANAGER EMAIL2 CONSENT | |
| DEBT MANAGER EMAIL2 USABILITY | |
| DSA NAME | |
| DSA ADDRESS 1 | |
| DSA ADDRESS 2 | |
| DSA CITY | |
| DSA STATE | |
| DSA ZIP CODE | |
| DSA OFFICE PHONE | |
| DSA EMAIL | |
| BANKRUPTCY CHAPTER | |
| BANKRUPTCY FILE DATE | |
| BK PROOF OF CLAIM PRINCIPAL | |
| BK PROOF OF CLAIM INTEREST | |
| BK PROOF OF CLAIM FEE | |
| BANKRUPTCY CASE NUMBER | |
| BANKRUPTCY TRUSTEE | |

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
BEST BUY CREDIT SERVICES
PO Box 78044 1, St. Louis, MO 63178

Account number [redacted]

**My Best Buy® Credit Card**

Customer Service: bestbuy.accountonline.com

Account Inquiries: 1-888-620-6879 (TTY: 711)

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $4,294.77 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$13.31 |
| New Balance | $4,308.08 |
| Past Due Amount | $782.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $108.08 |
| Statement Closing Date | 09/09/2024 |
| Next Statement Closing Date | 10/10/2024 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $4,308.08 |
| Minimum Payment Due | $882.00 |
| Payment Due Date | October 4, 2024 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $5,253 |
| $146 | 3 years | $5,242 *(Savings=$11)* |

If you would like information about credit counseling services, call 1-877-337-8188 (TTY: 711).

You must pay your promotional balance of $972.32 in full by 12/04/24 to avoid paying deferred interest charges.

Your minimum payment due will not be met if your AutoPay preferences remain as is. Please visit Account Online to update your preferences or make an additional payment in order to keep your account current.

You're in a payment program; please pay at least the minimum payment due as listed in the terms and agreement letter sent to you at time of enrollment.

For assistance or questions regarding your payment program, please contact us at the toll free or TTY number listed at the top of this statement. We're available to you 7 days a week.

Please note that if we received your payment by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

8HNS

PLEASE SEE IMPORTANT INFORMATION ON PAGE 2. Page 1 of 4 This Account is issued by Citibank, N.A.

Please detach and return lower portion with your payment to ensure proper credit. Retain upper portion for your records.

BEST BUY

PO BOX 6204
SIOUX FALLS, SD 57117-6204

Account number ending in 5124 [redacted]

**Your Account is enrolled in AutoPay. Your next AutoPay payment of $100.00 will be deducted from your bank account on 10/04/2024.**

| | |
|---|---|
| Payment Due Date | October 4, 2024 |
| New Balance | $4,308.08 |
| Past Due Amount[1] | $782.00 |
| Minimum Payment Due | $882.00 |

Amount Enclosed: $

[1]Past Due Amount is Included in the Minimum Payment Due.
Please see reverse side to change your address.
Make Checks Payable to

Statement Enclosed

BEST BUY CREDIT SERVICES
PO BOX 78009
PHOENIX, AZ 85062-8009

JAIME FARIA
[redacted]

[redacted]

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. To get a grace period on purchases you must pay the New Balance by the payment due date every billing cycle. If you do not, you will not get a grace period until you pay the New Balance for two billing cycles in a row.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. In addition, if you have a reduced rate credit plan, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance, so long as you pay the New Balance (less any excluded balance, plus any separately required payment on an excluded balance) in full by the payment due date each billing cycle. Deferred interest offers may also be called Same As Cash or No Interest.

In addition, certain promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If that is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for express mail is shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- Enclose a valid check or money order. No cash, gift cards, or foreign currency please.
- Include your name and the last four digits of your account number.

**Payment Other Than By Mail.**

- **In-Store (Where Available).** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds. Not all stores accept payments. Contact your local store to see if in-store payments are accepted at that location.
- **Online/AutoPay.** Go to the URL on Page 1 of your statement to make a payment online. You can also enroll in AutoPay and have your payment amount automatically deducted each month from the payment account you choose.
- **Phone.** Call the number on Page 1 of your statement to make a payment by phone. For phone payments, you authorize us to electronically debit your specified bank account by an ACH transaction in the amount and on the date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of Page 1 within the time period disclosed to you on the phone. There is no fee for making a payment using our automated voice response system.
- **Agent-Assisted Phone Payments.** If you call us to make a payment with the assistance of a live agent, the payment will be applied the same day and you will be charged a $5.00 agent expedited payment fee.
- **Express Mail.** Send payment by express mail to: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213.
- **Crediting Payments other than by Mail.** The payment cutoff time for Online bill payments, Phone payments, and Express Mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information, please write us at: Credit Bureau Dispute Verification, P.O. Box 6497, Sioux Falls, SD 57117.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:

1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

BBY PL NA FEB20

/A/- HN - 9038-7001-0002 - NI -/B/- 4422 742319 - C -/C/- E - 37 - X - 50 -/D/- P - E - Y - 0 - Y -/E/- 6 - PAYD - GA50 - N - - 0 - 0 -/F/- 01/11/24 - 12/01/19 - 57 - August 9, 2024
/G/- N - - - /H/- 0 - - YA4Q - F -/I/- - - 0 - F - - -/J/- - - - 21019 - - 0521



## Easily manage your contact information

It's important we have your current contact information, so if anything changes (including your email or mailing address or phone number), please do one of the following to easily update your information:

- You can update your contact information by logging into your online account via the URL located in the Customer Service section on the front of your statement, or
- Call the Account Inquiries phone number located in the Customer Service section on the front of your statement

Account number [redacted]

**TRANSACTIONS**

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 08/12 | PAYMENT REVERSAL | F919400KH000ZD064 | $ 100.00 |
| 09/04 | AUTOPAY PAYMENT DEERFIELD IL | P919400L8EYBK812A | $ 100.00- |

**FEES**

| | | | |
|---|---|---|---|
| | TOTAL FEES FOR THIS PERIOD | | $ 0.00 |

**INTEREST CHARGED**

| | | | |
|---|---|---|---|
| 09/09 | INTEREST CHARGE ON PURCHASES | | $ 13.31 |
| | TOTAL INTEREST FOR THIS PERIOD | | $ 13.31 |

| 2024 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2024 | $200.00 |
| Total Interest Charged in 2024 | $538.08 |

**ACTIVITY AND PROMOTIONS DETAIL**

| | Original Promotion Trans Amount | Promo Trans Date | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | |
| REGULAR | - | - | $3,422.45 | $100.00- | $100.00 | $13.31 | $3,435.76 | - | - | - |
| NO INT W/PYMTS FOR 24 MOS | $872.32 | 10/30/22 | $872.32 | - | - | - | $872.32 | - | $557.88 | 12/04/24 |
| TOTAL | | | $4,294.77 | $100.00- | $100.00- | $13.31 | $4,308.08 | $0.00 | $557.88 | |

**INTEREST CHARGE CALCULATION**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| REGULAR | 4.90% (M) | $3,197.68 | $13.31 |
| NO INT W/PYMTS FOR 24 MOS | 4.90% (M) | - | - |

THIS PAGE INTENTIONALLY LEFT BLANK

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
BEST BUY CREDIT SERVICES
PO Box 790441, St. Louis, MO 63179

Account number: [redacted]

**My Best Buy® Credit Card**

Customer Service: bestbuy.accountonline.com
Account Inquiries: 1-888-620-5879 (TTY: 711)

***Summary of Account Activity***

| | |
|---|---|
| Previous Balance | $4,468.59 |
| Payments | -$100.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$13.31 |
| New Balance | $4,381.90 |
| Past Due Amount | $682.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $181.90 |
| Statement Closing Date | 07/10/2024 |
| Next Statement Closing Date | 08/09/2024 |
| Days in Billing Cycle | 31 |

***Payment Information***

| | |
|---|---|
| New Balance | $4,381.90 |
| Minimum Payment Due | $782.00 |
| Payment Due Date | August 4, 2024 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $5,348 |
| $148 | 3 years | $5,314 *(Savings=$34)* |

If you would like information about credit counseling services, call 1-877-337-8188 (TTY: 711).

[redacted]

You must pay your promotional balance of **$872.32** in full by **12/04/24** to avoid paying deferred interest charges.

Your minimum payment due will not be met if your AutoPay preferences remain as is. Please visit Account Online to update your preferences or make an additional payment in order to keep your account current.

You're in a payment program; please pay at least the minimum payment due as listed in the terms and agreement letter sent to you at time of enrollment.

For assistance or questions regarding your payment program, please contact us at the toll free or TTY number listed at the top of this statement. We're available to you 7 days a week.

***TRANSACTIONS***

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 07/04 | PAY-BY-PHONE PAYMENT DEERFIELD IL | P919400JAEYB1S39E | $ 100.00- |

8HN5

PLEASE SEE IMPORTANT INFORMATION ON PAGE 2. Page 1 of 4 This Account is issued by Citibank, N.A.

Please detach and return lower portion with your payment to ensure proper credit. Retain upper portion for your records.

BEST BUY

PO BOX 6204
SIOUX FALLS, SD 57117-6204

Statement Enclosed

Account number ending in 5124 [redacted]

**Your Account is enrolled in AutoPay. Your next AutoPay payment of $100.00 will be deducted from your bank account on 08/04/2024.**

| | |
|---|---|
| Payment Due Date | August 4, 2024 |
| New Balance | $4,381.90 |
| Past Due Amount† | $682.00 |
| Minimum Payment Due | $782.00 |

Amount Enclosed: $

†Past Due Amount is Included in the Minimum Payment Due.
Please see reverse side to change your address.
Make Checks Payable to

BEST BUY CREDIT SERVICES
PO BOX 78009
PHOENIX, AZ 85062-8009

JAIME FARIA
[redacted]

[redacted]

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. To get a grace period on purchases you must pay the New Balance by the payment due date every billing cycle. If you do not, you will not get a grace period until you pay the New Balance for two billing cycles in a row.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. In addition, if you have a reduced rate credit plan, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance, so long as you pay the New Balance (less any excluded balance, plus any separately required payment on an excluded balance) in full by the payment due date each billing cycle. Deferred interest offers may also be called Same As Cash or No Interest.

In addition, certain promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If that is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for express mail is shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**

- **In-Store (Where Available).** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds. Not all stores accept payments. Contact your local store to see if in-store payments are accepted at that location.
- **Online/AutoPay.** Go to the URL on Page 1 of your statement to make a payment online. You can also enroll in AutoPay and have your payment amount automatically deducted each month from the payment account you choose.
- **Phone.** Call the number on Page 1 of your statement to make a payment by phone. For phone payments, you authorize us to electronically debit your specified bank account by an ACH transaction in the amount and on the date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of Page 1 within the time period disclosed to you on the phone. There is no fee for making a payment using our automated voice response system.
- **Agent-Assisted Phone Payments.** If you call us to make a payment with the assistance of a live agent, the payment will be applied the same day and you will be charged a $5.00 agent expedited payment fee.
- **Express Mail.** Send payment by express mail to: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213.
- **Crediting Payments other than by Mail.** The payment cutoff time for Online bill payments, Phone payments, and Express Mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information, please write us at: Credit Bureau Dispute Verification, P.O. Box 6497, Sioux Falls, SD 57117.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:

1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

BBY PL NA FEB20

/A/- HN - 9038-7001-0002 - NI -/B/- 4422742318 - C -/C/- E - 37 - X - 50 -/D/- P - E - Y - 0 - Y -/E/- 5 - PAYD - GA50 - N - - 0 - 0 -/R- 01/11/24 - 12/01/18 - 55 - June 9, 2024
/G/- N - - - -/H/- 0 - - YA4Q - F -/I/- - - 0 - F - - -/J/- - - - 2101S - - 0521



## Easily manage your contact information

It's important we have your current contact information, so if anything changes (including your email or mailing address or phone number), please do one of the following to easily update your information:

- You can update your contact information by logging into your online account via the URL located in the Customer Service section on the front of your statement, or
- Call the Account Inquiries phone number located in the Customer Service section on the front of your statement

## Account number [redacted]

### TRANSACTIONS (cont.)

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| **FEES** | | | |
| | TOTAL FEES FOR THIS PERIOD | | $ 0.00 |
| **INTEREST CHARGED** | | | |
| 07/10 | INTEREST CHARGE ON PURCHASES | | $ 13.31 |
| | TOTAL INTEREST FOR THIS PERIOD | | $ 13.31 |

| 2024 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2024 | $200.00 |
| Total Interest Charged in 2024 | $511.90 |

### ACTIVITY AND PROMOTIONS DETAIL

| | Original Promotion Trans Amount | Promo Trans Date | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | |
| REGULAR | - | - | $3,596.27 | $100.00- | - | $13.31 | $3,509.58 | - | - | - |
| NO INT W/PYMTS FOR 24 MOS | $872.32 | 10/30/22 | $872.32 | - | - | - | $872.32 | - | $550.75 | 12/04/24 |
| TOTAL | | | $4,468.59 | $100.00- | $0.00 | $13.31 | $4,381.90 | $0.00 | $550.75 | |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| REGULAR | 4.90% (M) | $3,197.68 | $13.31 |
| NO INT W/PYMTS FOR 24 MOS | 4.90% (M) | - | - |

THIS PAGE INTENTIONALLY LEFT BLANK

FILED
2026 MAR 18 PM 3:46
COUNTY CLERK
FORT BEND COUNTY TEXAS

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> **Plaintiff,** | § <br> § <br> § | **IN THE JUSTICE COURT** |
| **vs.** | § <br> § <br> § | **PRECINCT 1 PLACE 1** |
| **JAIME FARIA** <br> **Defendant.** | § | **FORT BEND COUNTY, TEXAS** |

# NON-MILITARY DECLARATION

Pursuant to Texas Civil Practice and Remedies Code ("TCPRC") §132.001, which provides that "an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law," and Texas Business and Commerce Code ("TBCC") §322.007 which provides that "if a law requires a record to be in writing, an electronic record satisfies the law" and "if a law requires a signature, an electronic signature satisfies the law," the undersigned attorney hereby submits the following unsworn declaration as to the military status of the above-named Defendant:

1. "My name is Aleshia R. Huffman, my date of birth is [redacted] and my address is [redacted]

2. I declare under penalty of perjury that the following is true and correct. I am employed as an attorney by the law firm of Scott & Associates, P.C., which is the law firm representing Plaintiff in the above-styled case. I am one of the attorneys responsible for overseeing the litigation of this matter.

3. Relevant information for the Defendant has been submitted through the website maintained by the Department of Defense for issues pertaining to the Servicemembers Civil Relief Act ("SCRA"). According to the Department of Defense Manpower Data Center ("DMDC"), the DMDC does not indicate that the Defendant is currently on active duty, has been on active duty in the past 367 days, or has been notified of a future call-up to active duty in any branch of the United States Armed Forces. A copy of the results is attached.

4. Based upon my review of the matter, the attached results, and to the best of my knowledge, the Defendant in the above-styled case is not currently on active duty in any branch of the United States Armed Forces."

Executed in Nacogdoches County, State of Texas, on September 8, 2025.

*Aleshia R. Huffman* Digitally signed by Aleshia R. Huffman DN: o=MJSPC, ou=Legal, uid=435775595 Date: 9/8/2025 10:52:36 AM

Aleshia R. Huffman SBN 24065462

S&A 2958492

Department of Defense Manpower Data Center

Results as of : Sep-08-2025 04:19:10 AM EDT

SCRA 5.26

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: [redacted]
Birth Date: [redacted]
Last Name: FARIA
First Name: JAIME
Middle Name:
Status As Of: Sep-08-2025
Certificate ID: YQPDC9GSSZ9VRR3

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

FILED
2026 MAR 18 PM 3:46
COUNTY CLERK
FORT BEND COUNTY TEXAS

'In re: Jaime Faria
0185626-**702**

abclegal
916 NW 6th St Ste C, Oklahoma City, OK 73106
Phone:

PARTNER
ABC E-File Texas
E-FILE ONLY, Dallas, TX 75220

Clerk of the Justice Court
Fort Bend County, Texas
22333 Grand Corner Drive STE 102
Katy, TX 77494

## ORIGINAL PETITION – CIVIL CASE JUSTICE COURT

RE: Portfolio Recovery Associates LLC vs. Jaime Faria; TX Precinct 1 Place 1 Justice Court for Fort Bend County

Dear Sir or Madam:

Enclosed please find the following documents:

- Cover letter
- Original Petition (Original plus copies)

Instructions:

- Please file the Original Petition
- Please issue a separate Citation for each defendant for service by a private process server

The Citation(s) should be issued to:

Jaime Faria
[redacted]

- Please return this coversheet, the original Citation, and a filed-stamped copy of the Original Petition to ABC Legal by:
  - [X] Mail to ABC Legal at 916 NW 6th Street Suite C Oklahoma City, OK 73106
  - [ ] Hold for pickup by local ABC courier
  - [ ] Email to mjscourts@abclegal.com

FILED
2026 MAR 18 PM 3:46
[signature]
COUNTY CLERK
FORT BEND COUNTY TEXAS

Thank you in advance for your assistance!
**ABC Legal Services**

** Please do not throw me away **
Return this page with the citation and petition
This barcode is very important to us

Generated: 09/09/2025

In re: Jaime Faria
0185626-**702**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

ABCLegal Dallas on behalf of Aleshia Huffman
Bar No. 24065462
MJScourts@abclegal.com
Envelope ID: 105418731
Filing Code Description: Petition
Filing Description:
Status as of 9/17/2025 9:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Scott Associates | | courts@scott-pc.com | 9/10/2025 4:50:40 AM | NOT SENT |
| ABC Legal | | ServeOnlyTX@abclegal.com | 9/10/2025 4:50:40 AM | NOT SENT |

# EXHIBIT 3

Trial Judgment, Cause No. 25-JDC11-06231
(stamped received by Scott & Associates Feb. 25, 2026)

*February 24, 2026*

RECEIVED
S&A 2/25/2026

**25-JDC11-06231**

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Plaintiff, | § | IN THE JUSTICE COURT |
| | § | PRECINCT 1 PLACE 1 |
| vs. | § | |
| JAIME FARIA<br>Defendant. | § | FORT BEND COUNTY, TEXAS |

**TRIAL JUDGMENT**

On this day came on for trial the above-styled and numbered cause. Plaintiff appeared through counsel and offered proof of its claims. Defendant Jaime Faria did not file and Answer in this matter anddid not appear. This Court, having considered the pleadings of the parties and having heard the evidence presented, hereby FINDS for Plaintiff Portfolio Recovery Associates, LLC.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is entered for Plaintiff Portfolio Recovery Associates, LLC against Defendant Jaime Faria in the following amounts:

| | |
|---|---|
| Damages in the amount of: | $ 4,408.08 |
| All costs of court, which currently total: | 146.72 |
| Total judgment amount of: | $ 4,554.80 |

Plaintiff has waived recovery of post-judgment interest and has requested that the court enter zero as the post-judgment interest rate.

Please Note:

- You may appeal this judgment by filing a bond, making a cash deposit, or filing a Statement of Inability to Afford Payment of Court Costs within 21 days after this judgment was signed. See Texas Rule of Civil Procedure 506.
- If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property. / Si usted es una persona fisica (y no una compañía), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mayor información visitando el sitio www.texaslawhelp.org/exempt-property.

Entered this 24th day of February, 2026.

JUDGE PRESIDING

Approved and Entry Requested

Scott & Associates, P.C., Attorneys for Plaintiff
Courts@scott-pc.com

S&A 2958492

# EXHIBIT 4

Statement of Inability to Afford Payment of Court Costs,
file-stamped by the Justice Court, Pct. 1, Pl. 1 (appeal perfected,
Tex. R. Civ. P. 506.1(h))

*March 17, 2026*

(APPEAL OF JUSTICE COURT JUDGMENT)

JUSTICE COURT, PRECINCT 1, PLACE 1
FORT BEND COUNTY, TEXAS

RECEIVED
MAR 17 2026
JUSTICE COURT, PCT. 1, PL. 1
FORT BEND COUNTY, TX

PORTFOLIO RECOVERY ASSOCIATES, LLC
Plaintiff

v.

JAIME FARIA
Defendant

CASE NO. 25-JDC11-06231

STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS

My name is Jaime Faria. I am the Defendant in this case.

I am unable to afford to pay the court costs for an appeal, including the appeal bond or a cash deposit.

I ask the Court to allow me to appeal the judgment in this case without paying the appeal bond or making a cash deposit.

I declare under penalty of perjury that the information in this statement is true and correct.

Signed on this 17 day of march 2026.

Jaime Farias
Defendant Pro Se
[redacted]

Email: fariajaime4151@gmail.com

FILED
2026 MAR 18 PM 3:40
COUNTY CLERK
FORT BEND COUNTY TEXAS

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**
**AVISO: ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL**

SUPREME COURT OF THE STATE OF TEXAS

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

# Declaración sobre Incapacidad de Pago de Costas de Tribunal o de una Fianza de Apelación

---

**Cause Number**
**Número de Caso** ______________________

The Clerk's office will fill in the Cause Number when you file this form.
El Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

RECEIVED
MAR 17 2026
JUSTICE COURT, PCT. 1, PL. 1
FORT BEND COUNTY, TX

---

Portfolio Recovery Associa, LLC

v.

Jaime Faria

Copy information listed at the top left of the petition here.

Copie aquí la información ubicada en la parte superior izquierda del escrito de la demanda.

---

Copy information listed at the top right of the petition here.

Copie aquí la información ubicada en la parte superior derecha del escrito de la demanda.

______________________
Court Number
Número del Tribunal

Fort Bend ______________, Texas
County
Condado

- ☐ District Court
  Tribunal de Distrito
- ☐ County Court
  Tribunal del Condado
- ☐ County Court at Law
  Tribunal Estatutario
- ☐ Justice Court
  Juzgado de Paz
- ☐ Probate Court
  Juzgado Sucesorio



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**1. Your Information / Su Información**

- My full legal name is / Mi nombre legal completo es

  Jaime Faria

  First Middle Last / Nombre de Pila Segundo Nombre Apellido

- My date of birth is / Mi fecha de nacimiento es

  [redacted]

  Month Day Year / Mes Día Año

- My address is / Mi dirección es

  Home / Domicilio [redacted]

  Mailing / Dirección Postal ____________________

- My phone number / Mi número telefónico 713 412 8444

- My email I check often / Mi correo electrónico que reviso con frecuencia

  Fariajaime4151@gmail.com

# Go to next page

# Pase a la siguiente página



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## 2. About My Dependents / Mis Dependientes

"The people who depend on me financially are listed below." **Use initials only for children under 18.** If needed, attach a separate piece of paper to list more dependents.

"Las personas a continuación dependen económicamente de mí." **Use iniciales para los menores de 18 años** y, si es necesario, anexe una hoja por separado para enumerar a todos sus dependientes.

| Name<br>Nombre | Age<br>Edad | Relationship to me<br>Parentesco Conmigo |
|---|---|---|
| S[redacted] F[redacted] | 17 | Son |
| M[redacted] F[redacted] | 15 | Daugtter |
| | | |
| | | |
| | | |

## 3. Are you represented by Legal Aid? ¿Está siendo representado por alguna entidad de asistencia legal?

**Check only one box. Seleccione solo una casilla.**

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as "Exhibit: Legal Aid Certificate."

Me está representando gratuitamente un abogado que trabaja para una entidad de asistencia legal o que recibió mi caso de una entidad de asistencia legal. El certificado que la entidad de asistencia legal me entregó lo adjunto bajo el título, "Anexo: Certificado de Asistencia Legal."

or / o

☒ I am not represented by legal aid.

No me está representando ninguna entidad de asistencia legal.



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**4. Public Benefits / Beneficios de Asistencia Pública**

➢ Do you or any of your dependents receive public benefits?
*¿Recibe usted o sus dependientes beneficios de asistencia pública?*

☐ Yes / *Sí* ☒ No / *No*

➢ If you answered yes, check all that apply and attach proof to this form, such as a copy of an eligibility form or check.

Si respondió con un Sí, marque todas las casillas que apliquen y adjunte a este formulario comprobantes, tales como una copia de la carta autorizando que reciba estos beneficios o una copia del cheque que recibe.

☐ Food stamps/SNAP
Cupones de comida/SNAP

☐ TANF

☐ Medicaid

☐ CHIP

☐ SSI/SSDI

☐ WIC

☐ Lifeline

☐ Public Housing or Section 8 Housing
Asistencia de Vivienda / Programa de Vivienda bajo Sección 8

☐ Low-Income Home Energy Assistance
Asistencia con Energía Eléctrica

☐ Community Care via HHS
Ayuda Comunitaria bajo HHS

☐ LIS in Medicare ("Extra Help")
Subsidio Adicional de Medicare bajo el Programa LIS

☐ Needs-based VA Pension
Pensión para Veteranos de Guerra en función a necesidades

☐ Child Care Assistance under Child Care and Development Block Grant
Asistencia con Guardería bajo el Programa CCDBG

☐ County Assistance, County Health Care, or General Assistance (GA)
Asistencia del Condado, Asistencia Médica del Condado, o Asistencia General (GA)

☐ Other / Otros beneficios

______________________

☐ Other / Otros beneficios

______________________

**5. What are your monthly income sources? ¿Cuáles son sus fuentes de ingresos mensuales?**

- My **take-home** pay is $ 5900 in monthly wages.

  Mi **pago neto** es $______ en sueldo mensual.

- I work as a Driver (your job title) for Uber (your employer).

  Yo trabajo como ______________ (título de su puesto) para ________________ (compañía o jefe).

- $ 8550 is my total **monthly** income / son mis ingresos totales **al mes.**

These are my income sources. Estas son mis fuentes de ingresos.

- $ 0 in unemployment / en beneficios de desempleo.

  I have been unemployed since ___________ (date).

  He estado desempleado desde ____________ (indique fecha).

- $ 0 in public benefits / en beneficios de Asistencia Pública.
- $ 0 from people in my household other than my spouse / de ingresos de otras personas en mi hogar que no son de mi cónyuge.
- $ 0 from retirement or pension / de jubilación o pensión.
- $ 0 from tips or bonus / de propinas o bonos.
- $ 0 from disability / de discapacidad.
- $ 0 from worker's comp / de compensación al trabajador.
- $ 0 from social security / de seguro social.

- $ 0 from military housing / de vivienda militar.
- $ 0 from dividends, interest, or royalties / de dividendos, intereses, o regalías.
- $ 0 from child or spousal support / de manutención de menores o manutención conyugal recibida.
- Answer only if your spouse is not your opponent. Responda tan sólo si su ccónyuge no es parte contraria en esta causa legal.$ 2650 from my spouse's income / de ingresos de mi cónyuge.
- $ 0 from other jobs/sources of income / de *otros* trabajos/ fuentes de ingresos.

  Describe / describa:

  ______________________________________

  ______________________________________

# Go to next page

# Pase a la siguiente página



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

| **6. What is the value of your assets or property? ¿Cuál es el valor de sus bienes o propiedades?** | |
|---|---|
| My property includes:<br>Mis bienes incluyen:<br><br>NONE | Value / Valor<br>The value is the amount the item would sell for less the amount you still owe on it, if anything.<br><br>El valor de sus bienes es la cantidad por la que la propiedad o pertenencia se vendería, menos el monto que aún se adeuda, si lo hubiera. |
| ➢ Cash<br>Dinero en efectivo | $ 0 |
| ➢ Bank accounts, other financial assets<br>Cuentas bancarias, otros bienes financieros | |
| Bank of america | $ 200 |
| Chase | $ 5 |
| | $ |
| ➢ Cars and boats (make and year)<br>Automóviles, lanchas (modelo y año) | |
| Ford Explorer, 2021 (Financed) | $ 0 |
| Kia Sorrento, 2019 (Financed) | $ 0 |
| | $ |
| ➢ Other property like jewelry, stocks, land, a second house. (Do not list your homestead.)<br>Otros bienes como joyas, acciones, terrenos, una segunda casa. (No indique su hogar familiar.) | |
| NONE | $ |
| | $ |
| | $ |
| **Total Value of Property**<br>**Valor Total de Sus Bienes** | $ 205 |

| **7. What are your monthly expenses that are not deducted from your paycheck? ¿Cuáles son sus gastos mensuales que no son descontados de su cheque de sueldo?** | |
|---|---|
| My monthly expenses are:<br>Mis gastos mensuales son: | Amount<br>Cantidad |
| ➢ Rent/house payments; maintenance<br>Alquiler/hipoteca; mantenimiento de casa | $ 2675 |
| ➢ Food and household supplies<br>Alimentos y artículos para el hogar | $ 1350 |
| ➢ Utilities and telephone<br>Luz, gas, agua y teléfono | $ 687 |
| ➢ Clothing and laundry<br>Ropa y lavado de ropa | $ 250 |
| ➢ Medical and dental expenses<br>Gastos médicos y dentales | $ 0 |
| ➢ Insurance (life, health, auto, etc.)<br>Seguros (de vida, médico, de automóvil etc.) | $ 579 |
| ➢ School and childcare<br>Escuelas y guarderías | $ 0 |
| ➢ Transportation, auto repair, gas<br>Transportación, reparaciones de automóviles, gasolina | $ 3100 |
| ➢ Child/Spousal support<br>Manutención a Menores/Manutención Conyugal | $ 0 |
| ➢ Debt payments to (list):<br>Pagos por deudas hechas a (indíquelos): | |
| NONE | $ 0 |
| | $ 0 |
| ➢ Wages withheld by court order<br>Sueldo retenido por orden judicial | $ 0 |
| ➢ Other expenses (list):<br>Otros gastos (indíquelos): | |
| | $ |
| | $ |
| **Total Monthly Expenses**<br>**Gastos Totales Mensuales** | $ 8641 |

**8. Are there debts or other facts explaining your financial situation? ¿Hay deudas u otros factores que expliquen su situación económica?**

My debts include (list debt and amount owed):
Mis duedas incluyen (indique deuda y la cantidad que debe):

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts."

Si usted desea que el tribunal considere otros factores, tales como gastos médicos excepcionales, emergencias familiares, etc., adjunte al formulario otra hoja con esta información y bajo el título, "Anexo: Información Adicional de Apoyo."

**9. Ability to Pay Court Costs. Declaración sobre su Habilidad de Pagar Costas de Tribunal**

Check only one box. Seleccione tan solo una casilla.

- ☑ I cannot afford to pay court costs. No puedo pagar las costas de tribunal.
- ☑ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision, and I cannot afford to pay court costs.

  No puedo aportar una fianza de apelación ni pagar un depósito en efectivo para apelar la decisión judicial de un magistrado, y no puedo pagar costas de tribunal.

Go to next page

Pase a la siguiente página



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

FARIA-0042

**10. Declaration/Affidavit. Declaración Escrita Bajo Juramento.**

Fill out **only one** box. If you fill out the Declaration, you will not need to sign the form in front of a notary public. If you do not want to list your address for privacy or safety concerns, take the form and photo identification, and fill out the Affidavit box in front of a notary public.

Llene tan **solo una** opción. Si usted llena la Declaración, no necesitará firmar el formulario ante un notario. Si usted no quiere que aparezca su domicilio en el documento para conservar su privacidad o por motivos de su seguridad, lleve el formulario y una identificación con fotografía y llene la sección de la Declaración Escrita Bajo Juramento ante un Notario.

Go to next page

Pase a la siguiente página

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

# Option 1 / Opción 1

**Declaration:** I declare under penalty of perjury that the foregoing is true and correct.

**Declaración:** Yo declaro bajo pena de perjurio que la información a continuación es correcta y verdadera.

➢ My name is / Mi nombre es

Jaime Faria

➢ My date of birth is / Mi fecha de nacimiento es

[redacted]

➢ My address is / Mi domicilio es

[redacted]

Street, city, zip, country
Calle y número, ciudad, estado, código postal, pais

➢ [signature]
Signature
Firma

➢ 10/20/2022 03/17/2026
Date (month, day, year)
Fecha (mes, día, año)

➢ Fort bend, texas
County, state
Condado, estado

Go to next page

Pase a la siguiente página

 Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

# Option 2 / Opción 2

**Affidavit:** I swear under penalty of perjury that the foregoing is true and correct.

**Declaración Escrita Bajo Juramento:** Yo juro bajo pena de perjurio, que lo que precede es correcto y verdadero.

**You fill out this section.**
**Usted llena esta sección.**

➤ ______________________________
Your printed name
Su nombre en letra de molde

➤ ______________________________
Your signature
Su firma

**The notary fills out this section.**
**El Notario llena esta sección.**

FILED
2026 MAR 18 PM 3:41
COUNTY CLERK
FORT BEND COUNTY TEXAS

➤ ______________________________
Subscribed before me this day of
Juramentado y suscrito ante mí el día de hoy del mes de

______________________, 20____

______________________________
NOTARY
NOTARIO



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090