# EXHIBIT 5

Justice Court Certification and Transmittal of the Record to the Fort Bend County Clerk, with Appeal Bond Information Form and Notices of Appeal

*March 17-18, 2026*

26-CCV-078841

# APPEAL BOND INFORMATION FORM

## CLERK RECEIVING JP APPEAL:

**JP Case Number** 25-JDC11-06231

**STYLE OF CASE:** Portfolio Recovery Associates LLC VS. Jaime Faria

**RECEIVED JP PAPERWORK ON:** *(File stamp this sheet here showing when we received the JP paperwork in our office)*

FILED
2026 MAR 18 PM 3:40
COUNTY CLERK
FORT BEND COUNTY TEXAS

**Appeal Bond Enclosed with the JP Paperwork: Yes** ______ **No** ✓

Appeal Bond made payable to: ____________ Fort Bend County Clerk ____________ Another Party

**Rent Checks Enclosed with the JP Paperwork: Yes** ______ **No** ✓

Rent Check made payable to: ____________ Fort Bend County Clerk ____________ Another Party

## CLERK PROCESSING CHECKS/CASH AND MAILING OUT LETTERS: See JP Appeal procedure

If Appeal Bond is marked "YES", I put the appeal bond in the safe ____________________
Initials of Clerk

If Rent Check is marked "YES", I put the rent check(s) in the safe ____________________
Initials of Clerk

********THE PRIORITY PERSON FOR THE DIVISION IS RESPONSIBLE FOR GETTING THE CHECK FROM THE SAFE********

Kelly N Crow
Justice of the Peace, Precinct One, Place One
22333 Grand Corner Dr., Suite 102
Katy, Texas 77494

March 17, 2026

The Honorable Laura Richard
County Clerk, Fort Bend County
301 Jackson Street
Richmond, Texas 77469

RE: **Portfolio Recovery Associates LLC**

**VS**

**Jaime Faria and All Occupants**
**Case No.: 25-JDC11-06231**

Enclosed please find the certifications, original complaint, notice of appeal and all other correspondence pertaining to the above mentioned case.

If you have any questions, please do not hesitate to contact our office.

Sincerely,

Marisol Rodriguez
Case Manager

enclosures

FILED
2026 MAR 18 PM 3:40
COUNTY CLERK
FORT BEND COUNTY TEXAS

Fort Bend County
Justice of the Peace, Precinct One, Place One
Honorable Kelly N. Crow
22333 Grand Corner Drive
Katy TX 77494
Phone 281-238-1460

**CERTIFICATION**

I hereby certify that the attached documents are true and correct originals of all proceedings held in connection with Case No.25-JDC11-06231, styled as:

Portfolio Recovery Associates Llc
Vs
Jaime Faria

as it appears in the records of the Justice of the Peace, Precinct One, Place One Fort Bend County, Texas.

Signed and certified this on this the 17th day of March, 2026.

Marisol Rodriguez, Case Manager
Justice of the Peace, Precinct One, Place One
Fort Bend County, Texas

MARISOL RODRIGUEZ
CASE MANAGER
FT. BEND CO. PCT. 1, PL.1

FILED
2026 MAR 18 PM 3:40
COUNTY CLERK
FORT BEND COUNTY TEXAS

Honorable Kelly N. Crow
Justice of the Peace, Precinct One, Place One
22333 Grand Corner Drive Katy TX 77494
Phone: (281) 238-1460

March 17, 2026

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 115220
CARROLLTON TX 75011

VS

JAIME FARIA
[redacted]

FILED
2026 MAR 18 PM 3:40
COUNTY CLERK
FORT BEND COUNTY TEXAS

## NOTICE

Case No. 25-JDC11-06231

Dear Portfolio Recovery Associates LLC,

Please be advised that the above referenced case has been appealed to the Fort Bend County Clerk's Office at 301 Jackson, Richmond, Texas 77469.

If you have any questions you may contact the County Clerk's Office at (281)341-8665 or (281)341-8652.

Honorable Kelly N. Crow
Justice of the Peace, Precinct One, Place One

By ____________________
Marisol Rodriguez, Case Manager

Honorable Kelly N. Crow
Justice of the Peace, Precinct One, Place One
22333 Grand Corner Drive
Katy TX 77494
Phone: (281) 238-1460

3/17/2026

Portfolio Recovery Associates LLC
PO BOX 115220
CARROLLTON TX 75011

VS

JAIME FARIA
[redacted]

FILED
2026 MAR 18 PM 3:40
COUNTY CLERK
FORT BEND COUNTY TEXAS

NOTICE

Case No. 25-JDC11-06231

Dear Jaime Faria

Please be advised that the above referenced case has been appealed to the Fort Bend County Clerk's Office at 301 Jackson, Richmond, Texas 77469.

If you have any questions you may contact the County Clerk's Office at (281)341-8665 or (281)341-8652.

Honorable Kelly N. Crow
Justice of the Peace, Precinct One, Place One

By ________________
Marisol Rodriguez, Case Manager

# EXHIBIT 6

Fort Bend County Clerk Notices — Appeal Filed and Docketed in County Court at Law No. 4 on March 18, 2026, Cause No. 26-CCV-078841, mailed to Portfolio Recovery Associates, LLC; Jaime Faria; and Aleshia R. Huffman, Scott & Associates, P.C.

*March 19, 2026*

**OFFICE OF LAURA RICHARD, COUNTY CLERK**
**PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE**
**MAILING ADDRESS: 301 JACKSON, SUITE 101**
**RICHMOND, TEXAS 77469-3108**
**(281) 341-8665**

March 19, 2026

Portfolio Recovery Associates LLC
PO Box 115220
Carrollton TX 75011

RE: APPEAL TO COUNTY COURT
Cause #26-CCV-078841
Portfolio Recovery Associates LLC VS Jaime Faria

Dear Sir:

Please be advised that the above mentioned appeal case was filed in County Court at Law 4 on 03/18/2026 . In order to schedule a hearing, you must contact the Court at 281-238-1900, extension 81995.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

CLERK'S FILE COPY

Ajhea Shields, DEPUTY

**OFFICE OF LAURA RICHARD, COUNTY CLERK**
**PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE**
**MAILING ADDRESS: 301 JACKSON, SUITE 101**
**RICHMOND, TEXAS 77469-3108**
**(281) 341-8665**

March 19, 2026

Jaime Faria
[redacted]

RE: APPEAL TO COUNTY COURT
Cause #26-CCV-078841
Portfolio Recovery Associates LLC VS Jaime Faria

Dear Sir:

Please be advised that the above mentioned appeal case was filed in County Court at Law 4 on 03/18/2026 . In order to schedule a hearing, you must contact the Court at 281-238-1900, extension 81995.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

CLERK'S FILE COPY

Ajhea Shields, DEPUTY

**OFFICE OF LAURA RICHARD, COUNTY CLERK**
**PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE**
**MAILING ADDRESS: 301 JACKSON, SUITE 101**
**RICHMOND, TEXAS 77469-3108**
**(281) 341-8665**

March 19, 2026

Jaime Farias
[redacted]

RE: APPEAL TO COUNTY COURT
Cause #26-CCV-078841
Portfolio Recovery Associates LLC VS Jaime Faria

Dear Sir:

Please be advised that the above mentioned appeal case was filed in County Court at Law 4 on 03/18/2026. In order to schedule a hearing, you must contact the Court at 281-238-1900, extension 81995.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

CLERK'S FILE COPY

Ajhea Shields, DEPUTY

**OFFICE OF LAURA RICHARD, COUNTY CLERK**
**PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE**
**MAILING ADDRESS: 301 JACKSON, SUITE 101**
**RICHMOND, TEXAS 77469-3108**
**(281) 341-8665**

March 19, 2026

Jaime Foria
[redacted]

RE: APPEAL TO COUNTY COURT
Cause #26-CCV-078841
Portfolio Recovery Associates LLC VS Jaime Faria

Dear Sir:

Please be advised that the above mentioned appeal case was filed in County Court at Law 4 on 03/18/2026. In order to schedule a hearing, you must contact the Court at 281-238-1900, extension 81995.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

CLERK'S FILE COPY

Ajhea Shields, DEPUTY

**OFFICE OF LAURA RICHARD, COUNTY CLERK**
**PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE**
**MAILING ADDRESS: 301 JACKSON, SUITE 101**
**RICHMOND, TEXAS 77469-3108**
**(281) 341-8665**

March 19, 2026

Aleshia R Huffman
Scott & Associates PC
PO Box 115220
Carrollton TX 75011-5220

RE: APPEAL TO COUNTY COURT
Cause #26-CCV-078841
Portfolio Recovery Associates LLC VS Jaime Faria

Dear Sir:

Please be advised that the above mentioned appeal case was filed in County Court at Law 4 on 03/18/2026. In order to schedule a hearing, you must contact the Court at 281-238-1900, extension 81995.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

CLERK'S FILE COPY

Ajhea Shields, DEPUTY

# EXHIBIT 7

USPS Mailing Records of the Fort Bend County Clerk — Notice of Appeal Mailed to Portfolio Recovery Associates, LLC and to Aleshia R. Huffman, Scott & Associates, P.C.

*March 19, 2026*

# Ship Request #OKWBLWW1QE40M2

OKWBLWW1QE40M2

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

ALESHIA R HUFFMAN
SCOTT & ASSOCIATES PC
PO BOX 115220
Carrollton, TX 75011-5220, US

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

**TOTAL COST** **$ 8.86**

**AJHEA SHIELDS**
26CCV078811

77469 USPS MAR 19 2026 RICHMOND TEXAS

9489 0090 0027 6334 0[illegible]14 95

# Ship Request #OKWBLWW1QE40M2

OKWBLWW1QE40M2

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

ALESHIA R HUFFMAN
SCOTT & ASSOCIATES PC
PO BOX 115220
Carrollton, TX 75011-5220, US

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

AJHEA SHIELDS
26CCV078841

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**TOTAL COST** **$ 8.86**

# Ship Request #GM5AQ5DQOKYEMY

GM5AQ5DQOKYEMY

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jaime Farias
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**

Letter
1.00 oz

**CARRIER**

USPS

**SERVICE**

First-Class Mail

**TOTAL COST** **$ 8.86**

**AJHEA SHIELDS**

26CCV078841

9489 0090 0[illegible]27 [illegible]334 0314

RICHMOND TEXAS 77469 US
MAR 19 2026

# Ship Request #MGRDDZ44OLMXQ1

MGRDDZ44OLMXQ1

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jamie Faria
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

**TOTAL COST** $ 8.86

**AJHEA SHIELDS**

26CCV078841

9489 0090 00[illegible]

RICHMOND TX 77469 USPS MAR 19 2026

# Ship Request #MGRDDZ44OLMXQ1

MGRDDZ44OLMXQ1

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jamie Faria
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

AJHEA SHIELDS
26 CCV078841

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

**TOTAL COST** $ 8.86

# Ship Request #PMZNVXOKDYDDPM

PMZNVXOKDYDDPM

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Portfolio Recovery Associates LLC
PO Box 115220
Carrollton, TX 75011, US

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

**TOTAL COST** **$ 8.86**

**AJHEA SHIELDS**
26CCV078841

9489 0090 0027 6334 0314 57

RICHMOND TEXAS
MAR 19 2026
77469 USPS

FARIA-0064

# Ship Request #PMZNVXOKDYDDPM

PMZNVXOKDYDDPM

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Portfolio Recovery Associates LLC
PO Box 115220
Carrollton, TX 75011, US

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**AJHEA SHIELDS**
26CCV078841

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**TOTAL COST** $ 8.86

# Ship Request #GM5AQ5DQOKYEMY

GM5AQ5DQOKYEMY

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jaime Farias
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

AJHEA SHIELDS
24CCV078841

**PACKAGING**

Letter
1.00 oz

**CARRIER**

USPS

**SERVICE**

First-Class Mail

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**TOTAL COST** $ 8.86

# Ship Request #K17OBNWLE6XDG1

K17OBNWLE6XDG1

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jaime Foria
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

AJHEA SHIELDS
26CCV078841

**PACKAGING**

Letter
1.00 oz

**CARRIER**

USPS

**SERVICE**

First-Class Mail

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**TOTAL COST** **$ 8.86**

# Ship Request #K17OBNWLE6XDG1

K17OBNWLE6XDG1

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jaime Foria
[redacted]

| | |
|---|---|
| **DATE** | Mar 19, 2026 |
| **PACKAGES** | 1 of 1 |

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

**TOTAL COST** $ 8.86

**AJHEA SHIELDS**
26CCV078841

9489 0090 0027 6 34 314 88

77469 USPS MAR 9 2026 RICHMOND TEXAS