# EXHIBIT 8

Judgment Creditor's First Set of Written Discovery in Aid of Enforcement of Judgment, served on Jaime Faria by Scott & Associates, P.C. (signed by Aleshia R. Huffman), with cover letter and 15 U.S.C. § 1692e collection notice

*April 13-14, 2026*

**2958492**

Jaime Faria
29127 Cayman Canyon Way
KATY, TX 77494

**ENCLOSED:**

- *Cover Letter*
- *Judgment Creditor's First Set of Written Discovery in Aid of Enforcement of Judgment*

**INSTRUCTIONS**

- Complete Written Discovery
- Return Written Discovery

**IN ACCORDANCE WITH 15 U.S.C. 1692e, PLEASE BE ADVISED THAT THE PURPOSE OF THIS CORRESPONDENCE IS TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE.**

SCOTT & ASSOCIATES, P.C.

*Alabama | California | District of Columbia | Maryland | Pennsylvania | South Carolina | Tennessee | Texas | Virginia*

**helpdesk@spalaw.com**

Attorneys at Law

**Toll Free: (866) 298-3155**

Mailing Address
PO Box 115220
Carrollton, TX 75011-5220

Texas Office
6505 W Park Blvd
Suite 306 PMB - #356 Plano,
TX 75093

Hours of Operation (CT)
Monday - Friday
8:00 a.m. - 6:00 p.m.


April 13, 2026

Jaime Faria
29127 Cayman Canyon Way
KATY, TX 77494

Re: • Service of Written Discovery in Aid of Enforcement of Judgment

In re: Judgment rendered in the matter of Portfolio Recovery Associates, LLC vs. Jaime Faria, Cause No. 25-JDC11-06231, in the Fort Bend County Justice Court, Precinct 1 Place 1, Fort Bend County, Texas.

Dear Jaime Faria:

As you are aware, Portfolio Recovery Associates, LLC obtained a judgment against you in the above-referenced matter (the "Judgment"). As of todays date there remains the amount of $4,554.80 due and owing on the Judgment.

Enclosed please find Judgment Creditor's First Set of Written Discovery in Aid of Enforcement of Judgment (the "Written Discovery").

If you would like to discuss settlement, please contact us at 866-298-3155 and/or info@scott-pc.com.

Sincerely,

Scott & Associates, PC

Enclosures
2958492

**25-JDC11-06231**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | § | **IN THE JUSTICE COURT** |
| **Plaintiff,** | § | |
| | § | |
| | § | **PRECINCT 1 PLACE 1** |
| **VS.** | § | |
| | § | |
| **JAIME FARIA** | § | **FORT BEND COUNTY, TEXAS** |
| **Defendant.** | | |

**JUDGMENT CREDITOR'S FIRST SET WRITTEN DISCOVERY**
**IN AID OF ENFORCEMENT OF JUDGMENT**

TO: Jaime Faria, 29127 Cayman Canyon Way, KATY, TX 77494.

RE: Judgment rendered in the matter of Portfolio Recovery Associates, LLC vs. Jaime Faria, Cause No. 25-JDC11-06231, in the Fort Bend County Justice Court, Precinct 1 Place 1, Fort Bend County, Texas.

Pursuant to Tex.R.Civ.P. 621a, 196, 197 and 198, the above-referenced judgment creditor of a Final Judgment rendered in the above-styled and numbered cause serves this, its *Judgment Creditor's First Set of Written Discovery in Aid of Enforcement of Judgment.*

***Defendant must respond to the Judgment Creditor's requests in writing within thirty (30) days*** of service and Defendant is instructed to produce the requested documents for inspection and copying at the offices of Scott & Associates, PC, 6505 W. Park Blvd Ste 306 - PMB 353, Plano, TX 75093; said production to occur on or before that date.

Respectfully submitted,
**SCOTT & ASSOCIATES, P.C.**

*/s/ Aleshia R. Huffman* Digitally signed by Aleshia R. Huffman DN: o=MJSPC, ou=Legal, uid=63716394 Date: 4/13/2026 9:17:53 AM

[Note: Electronically Signed Pursuant to Tex.R.Civ.Proc. Rule 21(f)(7)]

Michael J. Scott SBN 24000876
Aleshia R. Huffman SBN 24065462
P.O. Box 115220
Carrollton, Texas 75006
Telephone: (214) 234-8456
Facsimile: (214) 234-8454
Postjudgment1@scott-pc.com
**ATTORNEYS FOR PLAINTIFF-IN-JUDGMENT**

**SERVICE**

The foregoing Judgment Creditor's First Set of Written Discovery in Aid of Enforcement of Judgment was served upon the defendant by forwarding same to Jaime Faria at 29127 Cayman Canyon Way, KATY, TX 77494.

Date: 4/14/2026

*/s/ Aleshia R. Huffman*

Aleshia R. Huffman

## RELEVANT PORTIONS OF THE TEXAS RULES OF CIVIL PROCEDURE

**Requests for Production:**

Pursuant to the Texas Rules of Civil Procedure Rule 196.2, ***the above-named Defendant, as the responding party, "must serve a written response on the requesting party within 30 days after service of the request"*** and "[w]ith respect to each item or category of items, the responding party must state objections and assert privileges as required by these rules, and state, as appropriate, that: (1) production, inspection, or other requested action will be permitted as requested; (2) the requested items are being served on the requesting party with the response; (3) production, inspection, or other requested action will take place at a specified time and place, if the responding party is objecting to the time and place of production; or (4) no items have been identified--after a diligent search--that are responsive to the request."

**Interrogatories:**

Pursuant to the Texas Rules of Civil Procedure Rule 197.2, ***the above-named Defendant "must serve a written response on the requesting party within 30 days after service of the interrogatories"*** and "[a] responding party--not an agent or attorney as otherwise permitted by Rule 14--must sign the answers under oath except that: (1) when answers are based on information obtained from other persons, the party may so state, and (2) a party need not sign answers to interrogatories about persons with knowledge of relevant facts, trial witnesses, and legal contentions."

**Requests for Admissions:**

Pursuant to the Texas Rules of Civil Procedure Rule 198.2, ***the above-named Defendant "must serve a written response on the requesting party within 30 days after service of the request"*** and "[u]nless the responding party states an objection or asserts a privilege, the responding party must specifically admit or deny the request or explain in detail the reasons that the responding party cannot admit or deny the request..."

**Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repayment.*

**NOTICE - Pursuant to Texas Rules of Civil Procedure Rule 198.2(c), if a response to a Request for Admission is not timely served, the request is considered admitted without the necessity of a court order.**

## INSTRUCTIONS

A. The information which is sought herein concerns not only the knowledge of the specific person(s) answering, but also the knowledge and information possessed by or subject to the control of the Defendant, his/her officers, employees, partnerships, attorneys, investigators, experts, consultants and all other agents, as well as to all persons acting on behalf of any and all such persons/entity.

B. The information requested herein should be answered in context with the definitions and instructions herein provided.

C. No answer is to be left blank. If the answer to an Interrogatory is "none" or "unknown", the word "none" or "unknown" should be written in the answer. If the answer is inapplicable, "N/A" should be written in the answer.

D. These Interrogatories and Requests for Production of Documents are to be deemed continuing until the judgment has been satisfied in full. If additional information within the scope of an Interrogatory or Request for Production of Documents becomes known or available to the Defendant after Defendant serves his/her responses upon the Judgment Creditor, Defendant shall promptly furnish such additional information to the Judgment Creditor by way of supplemental responses.

E. You are to segregate documents produced according to the particular numbered request to which they respond, and in producing the requested documents, to indicate which documents pertain to which numbered request.

## DEFINITIONS

For the purposes of these Interrogatories and Requests for Production of Documents, unless otherwise clearly indicated, the following definitions and instructions shall apply:

1. The term "documents" shall mean all writings of every kind, source, and authorship, both originals and all nonidentical copies thereof, irrespective of whether the writing is one intended for or transmitted internally by the Defendant, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative, or private entity or person. The term shall include handwritten, typewritten, printed, photocopied, photographic, or recorded matter. It shall include communications in words, symbols, pictures, sound

recordings, films, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems. For purposes of illustration and not limitation, the term shall include: affidavits; agendas, agreements; analyses; announcements; bills, statements, and other records of obligations and expenditures; books; brochures; bulletins; calendars; canceled checks, vouchers, receipts and other records of payments; charts, drawings; check registers; checkbooks; circulars; collateral files and contents; contracts; corporate by-laws; corporate charters; correspondence; credit files and contents; deeds of trust; deposit slips; diaries, drafts; files; guaranty agreements; instructions; invoices; ledgers, journals, balance sheets, profit and loss statements, and other sources of financial data; letters; logs, notes, or memoranda of telephonic or face-to-face conversations; manuals; memoranda of all kinds, to and from any persons, agencies, or entities; minutes; minute books; notes; notices; parts lists; papers; press releases; printed matter (including published books, articles, speeches, and newspaper clippings); purchase orders; records; records of administrative, technical, and financial actions taken or recommended; reports; safety deposit boxes and contents and records of entry; schedules; security agreements; specifications; statement of bank accounts; statements, interviews; stock transfer ledger; technical and engineering reports; evaluations, advice, recommendations, commentaries, conclusions, studies, test plans, manuals, procedures, data, reports, results, and conclusions; summaries, notes, and other records and recordings of any conferences, meetings, visits, statements, interviews or telephone conversations; telegrams; and other communications sent or received; transcripts of testimony; UCC instruments; workpapers; and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested.

2. "Persons" means any natural person, firm, corporation, financial institution any governmental agency or entity, joint venture, association, or any other form of business organization.

3. As used herein, the terms "you", "your", and "yourself" shall each refer to the Defendant to whom this *Judgment Creditor's First Set of Written Discovery in Aid of Enforcement of Judgment* is directed, *as well as any spouse, relative, officer, employee, partner, attorney, investigator, expert, consultant and/or other agent acting on behalf of Defendant.*

4. When any corporation, firm, joint venture, association or other form of business association is mentioned, it is deemed to include all its predecessors in interest, parents, subsidiaries, division and affiliates.

5. When an Interrogatory asks you to identify a natural person, the answer shall state:

a. his/her full name;

b. his/her present residence address and telephone number and, if that is not known, the answer shall so state and provide his/her last known residence address and telephone number and the last known date that he/she did business there.

c. his/her present employer or business affiliation and job title;

d. his/her present business address and telephone number, and if that is not known, the answer shall state and shall provide his/her last known business address and telephone number and the last known date that he/she did business there.

6. When an Interrogatory asks you to identify a document, the answer shall state the following with respect to each document:

e. the title, heading or caption of such document, if any;

f. the identifying or descriptive number(s), letter(s), or combination thereof, if any, and the significance or meaning of such number(s) or combination thereof;

g. the date appearing on such document and if no date appears thereon, the answer shall so state and shall give the date, or approximate date, on which such date document was prepared;

h. the general nature or description of such document (i.e., whether it is a letter, memorandum, minutes of meeting, etc.) and the number of pages of which it consists;

i. the identity of person who signed such document and, if it was not signed, the answer shall so state and shall give the identity of the person(s) who prepare it;

j. if the document is an agreement or contract, separately identify the parties thereto as well as each of

the signatures of the respective parties and if the agreement or contract was supplemented, identify each such amendment or supplement;

k. the general subject matter of such documents;

l. The location(s) where the documents has been stored at all times from the first time that you became aware of the document to the present date, the identity of the person(s) presently having possession, custody and/or control of such document; and

m. whether or not any draft, copy or reproduction of such document contains any postscript, notation, change or addendum not appearing on such document itself; and if so, the answer shall identify each such draft, copy or reproduction.

The foregoing information shall be given in sufficient detail to enable Plaintiff's counsel to (1) identify fully the document sought to be produced, (2) know what such document is and to retrieve it from a file or wherever it may be located, and (3) determine what was produced is, in fact, the document so identified.

In lieu of identifying a document as specified above, Defendant may produce such document for inspection and copying by Judgment Creditor and if this alternative is selected, Defendant shall so state.

If any document sought to be identified by these Interrogatories or to be produced pursuant to these Requests for Productions was, but is no longer in your possession, custody or control, or in existence, state whether it is missing or lost, has been destroyed, has been transferred, voluntarily or involuntarily, to others, or otherwise has been disposed of. In each instance explain the circumstances surrounding the disposition of the document and state the date or approximate date in which it passed from your possession, custody or control or on which it ceased to be in existence.

Should you deem to be privileged any document concerning which information or identification is requested by any of the following Interrogatories, or, the production of which is requested in these Requests for Production, you shall identify such documents in the manner above indicated, and in addition, shall indicate that you claim privilege therefor, and shall briefly state the ground on which the claim or privilege rests.

7. When an Interrogatory asks or requires you to identify a corporation, firm partnership, proprietorship, or other form of business association or venture, the answer shall state:

a. its full name, together with statutory agent, if any;

b. the address of the principal place of business and all other places of business present or last known.

8. Unless otherwise specified in a particular request the "Time Period" for production shall be April 13, 2021, to the present.

9. Please note that you are under a duty to produce all documents in your possession, custody, or control which includes not only documents in your actual possession, but also includes documents under your control including documents that can be obtained from a third party upon request.

10. Please note that a request is also specifically made for production of any data or information that exists in electronic or magnetic form. Any such information should be placed on CD, DVD or USB Drive. You are under a continuing duty to produce documents that come into your possession, custody or control subsequent to the production date that is responsive to these discovery requests.

[The Remainder of this Page was Intentionally Left Blank]

## REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:** Admit that you have a bank account.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 2:** Admit that your bank account cannot be readily attached or levied on by ordinary legal process.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 3:** Admit that funds located in your bank account are not exempt from attachment, execution, or seizure that would prevent them from being credited toward the Judgment.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 4:** Admit that funds located in your bank account are not proceeds of exempt property.

**REQUEST FOR ADMISSION NO. 5:** Admit that you do not possess property within the State of Texas and subject to execution which is sufficient to satisfy the Judgment.

**RESPONSE:**

## INTERROGATORIES

**INTERROGATORY NO. 1:** What is your full first, middle and last name?

**ANSWER:**

**INTERROGATORY NO. 2:** If you have an ownership interest in any real property (land), **for each parcel**, please state:

a. The address and legal description of the property.

**ANSWER:**

**INTERROGATORY NO. 3:** If you maintain any business, personal or joint savings account, checking account, certificate of deposit, money market account, individual retirement account, KEOGH account, or trust account (either as settler, trustee or beneficiary), for each such account state:

a. The name and physical address of the bank or institution holding the account.

**ANSWER:**

b. The name and phone number under which the account is held.

**ANSWER:**

c. Whether the account is business, personal or joint account.

**ANSWER:**

d. The balance of the account as of the date you answered these Interrogatories.

**ANSWER:**

e. The account number.

**ANSWER:**

**INTERROGATORY NO. 4:** If you are entitled to any money from any state, city, or federal government or agency or department thereof, please give the details thereof.

**ANSWER:**

**INTERROGATORY NO. 5:** If you or your spouse owe any debts, then state the name, address, and telephone number of each creditor, amount owed, the date the debt was incurred, and a description of any security given.

**ANSWER:**

**INTERROGATORY NO. 6:** Identify any bank account(s) that contain(s) any funds that are exempt from attachment, execution, or seizure that would prevent them from being credited toward the Judgment.

**ANSWER:**

**INTERROGATORY NO. 7:** Identify any bank account(s) that contain(s) any funds that are the proceeds of exempt property.

**ANSWER:**

**REQUEST FOR PRODUCTION**

**I. BANK RECORDS**

**REQUEST FOR PRODUCTION NO. 1:** Please produce any and all documents and records of checking, savings, or any other bank of account, foreign or domestic, maintained by you or your spouse with any bank of financial institution during the last five years, including but not limited to monthly account statements, checks, check registers, check stubs, canceled checks, and deposit slips.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** Please produce any and all documents that refer to, relate to, reflect or concern any transfers made to or from any financial account held for the benefit of yourself and/or your spouse by any third party, for the last five years.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** Please produce any and all signature cards that you and/or your spouse as an authorized signatory on any financial account, for any entity or other third party, for the past five years.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:** Please produce any and all documents submitted to any bank financial institution, or any other person or entity, by yourself and/or your spouse, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the past five years.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:** Please produce any and all documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits or escrow funds owned or held by yourself and/or your spouse in the past five years.

**RESPONSE:**

**<u>REQUEST FOR PRODUCTION NO. 6:</u>** Please produce any and all documents related to any account in which any of your earnings or other income have been deposited in the past five years, whether you continued to have an interest in the account or not.

**RESPONSE:**

**<u>REQUEST FOR PRODUCTION NO. 7:</u>** Please produce any and all documents you and/or your spouse have showing authority to access any safe deposit box or other bank-secured area, for the last five years.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:** If any of the bank accounts you have identified in response to any of the Requests for Admissions, Interrogatories and/or Requests for Production contain any funds that are exempt from attachment, execution, or seizure that would prevent them from being credited toward the Judgment or contain any funds that are the proceeds of exempt property, please produce any and all documents in your possession that support/demonstrate that such funds are exempt or are the proceeds of exempt property.

**RESPONSE:**

## II REAL PROPERTY

**<u>REQUEST FOR PRODUCTION NO. 9:</u>** Please produce any and all documents that refer to, reflect, or relate to any real property owned by yourself and/or your spouse in the past five years.

**RESPONSE:**

**<u>REQUEST FOR PRODUCTION NO. 10:</u>** Please produce any and all documents evidencing ownership of real property in which you and/or your spouse enjoys a direct or indirect beneficial interest.

**RESPONSE:**

**<u>REQUEST FOR PRODUCTION NO. 11:</u>** Please produce any and all deeds/mortgages to which you and/or your spouse holds property as tenants by the entireties, tenants in common, community property, or joint tenants.

**RESPONSE:**

## III. PERSONAL PROPERTY

**REQUEST FOR PRODUCTION NO. 12:** Please produce any and all documents evidencing any interest you and/or your spouse may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights.

**RESPONSE:**

## IV. BUSINESS INTERESTS/EMPLOYMENT

**REQUEST FOR PRODUCTION NO. 13:** Please produce any and all documents that identify the name and address of any person or entity that has employed yourself and/or you and spouse within the past five years.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 14:** Please produce any and all documents referring in any way, directly or indirectly, to any and all businesses in which you and/or your spouse is a stockholder, partner, member, officer, director, owner, or registered agent.

**RESPONSE:**

## V. INVESTMENTS

**REQUEST FOR PRODUCTION NO. 15:** Please produce any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or any other investment vehicle owned or held for the benefit of yourself and/or your spouse.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 16:** Please produce any and all rent rolls for all properties in which you and/or your spouse has had an ownership interest in for the past five years.

**RESPONSE:**

## VI. GENERAL

**REQUEST FOR PRODUCTION NO. 17:** Please produce any and all financial statements that you and/or your spouse has or had prepared for any lender or creditor in the past five years.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 18:** Please produce any and all professional licenses that are held by yourself and/or your spouse.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 19:** Please produce any and all drivers licenses of yourself and/or your spouse.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 20:** Please produce any and all divorce decrees and any affidavits submitted in any divorce proceedings in which you were involved during your adult life.

**RESPONSE:**

## VERIFICATION OF ANSWERS

I, ______________________________, being first duly cautioned and sworn, do testify under penalty of perjury that I am duly qualified and authorized in all respects to make this affidavit, that I have read the foregoing Answers to Interrogatories and Responses to Requests for Production, and that said Answers and Responses are within my personal knowledge and true and correct.

____________________________________

SUBSCRIBED AND SWORN TO BEFORE ME on this ____ day of _________, 20__. in the State of ________________, and County of ___________________.

____________________________________
Notary Public, State of Texas

# EXHIBIT 9

Defendant's Motion to Quash Plaintiff's Post-Judgment Discovery
and Motion for Protective Order, filed in County Court at Law No. 4,
Cause No. 26-CCV-078841, with Exhibits A-B

*May 2026*

**IN THE COUNTY COURT AT LAW NO. 4**
**FORT BEND COUNTY, TEXAS**

| | |
|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>Plaintiff<br><br>v.<br><br>**JAIME FARIA**<br>Defendant | **CAUSE NO. 26-CCV-078841** |

**DEFENDANT'S MOTION TO QUASH PLAINTIFF'S POST-JUDGMENT DISCOVERY AND MOTION FOR PROTECTIVE ORDER**

TO THE HONORABLE JUDGE:

Defendant, Jaime Faria, files this Motion to Quash Plaintiff's purported "Written Discovery in Aid of Enforcement of Judgment" and for Protective Order, and would show:

**I. BACKGROUND**

1. This case originated in the Justice Court of Fort Bend County, Texas.
2. Defendant timely perfected an appeal to County Court, and the case is now pending before this Court under Cause No. 26-CCV-078841.
3. The appeal is **de novo**, and the matter is to be tried as if no prior judgment had been rendered.
4. On March 18, 2026, the appeal was filed and docketed in this Court.
5. Plaintiff's counsel was provided **actual notice** of the appeal and the transfer of this case to County Court, as reflected in **Exhibit A**.

## II. IMPROPER POST-JUDGMENT DISCOVERY

6. Notwithstanding the pending de novo appeal, Plaintiff served Defendant with "Judgment Creditor's First Set of Written Discovery in Aid of Enforcement of Judgment."
7. Post-judgment discovery is only proper where there exists a **final, enforceable judgment**.
8. At present, **no enforceable final judgment exists**, as the case is pending de novo before this Court.
9. The appeal suspends enforcement of any prior judgment and requires the matter to be litigated anew.
10. Accordingly, Plaintiff's attempt to conduct post-judgment discovery is **premature, improper, and without legal basis**.

## III. NEED FOR PROTECTIVE ORDER

11. Plaintiff's discovery seeks sensitive financial information, including bank accounts, assets, and other personal financial data.
12. Such information is not relevant to the current procedural posture of this case and would impose an undue burden on Defendant.
13. The discovery appears calculated to obtain enforcement-related information where no enforcement is presently permitted.

## IV. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that the Court:

1. **QUASH** Plaintiff's "Written Discovery in Aid of Enforcement of Judgment";
2. Issue a **Protective Order** relieving Defendant of any obligation to respond; and
3. Grant such other and further relief to which Defendant may be justly entitled.

**Respectfully submitted,**

Jaime Faria
Defendant, Pro Se

[redacted]

Email: Fariajaime4151@gmail.com

# EXHIBIT A

**County Clerk Notice of Appeal to County Court**

**Description:**

Exhibit A is a true and correct copy of the official notice issued by the Fort Bend County Clerk, dated March 19, 2026, confirming that this case was filed and docketed in the County Court at Law No. 4 on March 18, 2026.

This exhibit further reflects that Plaintiff's counsel was provided notice of the appeal and the transfer of this case to County Court.

**OFFICE OF LAURA RICHARD, COUNTY CLERK**
**PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE**
**MAILING ADDRESS: 301 JACKSON, SUITE 101**
**RICHMOND, TEXAS 77469-3108**
**(281) 341-8665**

March 19, 2026

Portfolio Recovery Associates LLC
PO Box 115220
Carrollton TX 75011

RE: APPEAL TO COUNTY COURT
Cause #26-CCV-078841
Portfolio Recovery Associates LLC VS Jaime Faria

Dear Sir:

Please be advised that the above mentioned appeal case was filed in County Court at Law 4 on 03/18/2026. In order to schedule a hearing, you must contact the Court at 281-238-1900, extension 81995.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

CLERK'S FILE COPY

Ajhea Shields, DEPUTY

**OFFICE OF LAURA RICHARD, COUNTY CLERK**
**PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE**
**MAILING ADDRESS: 301 JACKSON, SUITE 101**
**RICHMOND, TEXAS 77469-3108**
**(281) 341-8665**

March 19, 2026

Aleshia R Huffman
Scott & Associates PC
PO Box 115220
Carrollton TX 75011-5220

RE: APPEAL TO COUNTY COURT
Cause #26-CCV-078841
Portfolio Recovery Associates LLC VS Jaime Faria

Dear Sir:

Please be advised that the above mentioned appeal case was filed in County Court at Law 4 on 03/18/2026. In order to schedule a hearing, you must contact the Court at 281-238-1900, extension 81995.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

CLERK'S FILE COPY
Ajhea Shields, DEPUTY

**OFFICE OF LAURA RICHARD, COUNTY CLERK**
**PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE**
**MAILING ADDRESS: 301 JACKSON, SUITE 101**
**RICHMOND, TEXAS 77469-3108**
**(281) 341-8665**

March 19, 2026

Jaime Faria
[redacted]

RE: APPEAL TO COUNTY COURT
Cause #26-CCV-078841
Portfolio Recovery Associates LLC VS Jaime Faria

Dear Sir:

Please be advised that the above mentioned appeal case was filed in County Court at Law 4 on 03/18/2026. In order to schedule a hearing, you must contact the Court at 281-238-1900, extension 81995.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

CLERK'S FILE COPY

Ajhea Shields, DEPUTY

# EXHIBIT B

**Proof of Mailing to Plaintiff's Counsel**

**Description:**

Exhibit B is a true and correct copy of the United States Postal Service (USPS) mailing record showing that the Fort Bend County Clerk mailed notice of the appeal to Plaintiff's counsel, Aleshia R. Huffman, on March 19, 2026.

# Ship Request #OKWBLWW1QE40M2

OKWBLWW1QE40M2

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

ALESHIA R HUFFMAN
SCOTT & ASSOCIATES PC
PO BOX 115220
Carrollton, TX 75011-5220, US

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**

Letter
1.00 oz

**CARRIER**

USPS

**SERVICE**

First-Class Mail

**TOTAL COST** **$ 8.86**

**AJHEA SHIELDS**

26CCV078811

77469 USPS MAR 19 2026 RICHMOND TEXAS

9489 0090 0027 6334 0[illegible]14 95

FARIA-0092

# Ship Request #OKWBLWW1QE40M2

OKWBLWW1QE40M2

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

ALESHIA R HUFFMAN
SCOTT & ASSOCIATES PC
PO BOX 115220
Carrollton, TX 75011-5220, US

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**AJHEA SHIELDS**

26CCV078841

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

**TOTAL COST** $ 8.86

# Ship Request #GM5AQ5DQOKYEMY

GM5AQ5DQOKYEMY

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jaime Farias

[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**

Letter
1.00 oz

**CARRIER**

USPS

**SERVICE**

First-Class Mail

**TOTAL COST** **$ 8.86**

**AJHEA SHIELDS**

26CCV078841

9489 0090 0027 6334 0314

RICHMOND TEXAS 77469 MAR 19 2026

# Ship Request #MGRDDZ44OLMXQ1

MGRDDZ44OLMXQ1

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jamie Faria
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

**TOTAL COST** **$ 8.86**

**AJHEA SHIELDS**

26CCV078841

9489 0090 00[illegible] [illegible]34 0314

RICHMOND TX 77469 USPS
MAR 19 2026

# Ship Request #MGRDDZ44OLMXQ1

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

MGRDDZ44OLMXQ1

**RECIPIENT**

Jamie Faria
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

AJHEA SHIELDS
26 CCV078841

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**TOTAL COST** $ 8.86

# Ship Request #PMZNVXOKDYDDPM

PMZNVXOKDYDDPM

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Portfolio Recovery Associates LLC
PO Box 115220
Carrollton, TX 75011, US

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

**TOTAL COST** **$ 8.86**

**AJHEA SHIELDS**
26CCV078841

9489 0090 0027 6334 0314 57

RICHMOND TEXAS
MAR 19 2026
77469 USPS

# Ship Request #PMZNVXOKDYDDPM

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

PMZNVXOKDYDDPM

**RECIPIENT**

Portfolio Recovery Associates LLC
PO Box 115220
Carrollton, TX 75011, US

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**AJHEA SHIELDS**
26CCV078841

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**TOTAL COST** **$ 8.86**

# Ship Request #GM5AQ5DQOKYEMY

GM5AQ5DQOKYEMY

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jaime Farias
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**AJHEA SHIELDS**
24CCV078841

**PACKAGING**
Letter
1.00 oz

**CARRIER**
USPS

**SERVICE**
First-Class Mail

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**TOTAL COST** **$ 8.86**

# Ship Request #K17OBNWLE6XDG1

K17OBNWLE6XDG1

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

**RECIPIENT**

Jaime Foria
[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

AJHEA SHIELDS
26CCV078841

**PACKAGING**

Letter
1.00 oz

**CARRIER**

USPS

**SERVICE**

First-Class Mail

RECEIVED
MAR 19 2026
FORT BEND COUNTY CLERK

**TOTAL COST** $ 8.86

# Ship Request #K17OBNWLE6XDG1

**SENDER**

Fort Bend County Clerk
301 Jackson St
Richmond, TX 77469, US

K17OBNWLE6XDG1

**RECIPIENT**

Jaime Foria

[redacted]

**DATE** Mar 19, 2026

**PACKAGES** 1 of 1

**PACKAGING**

Letter
1.00 oz

**CARRIER**

USPS

**SERVICE**

First-Class Mail

**TOTAL COST** **$ 8.86**

**AJHEA SHIELDS**

26 CCV078841

9489 0090 0027 6334 0314 88

RICHMOND TEXAS 77469 USPS MAR 9 2026

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record on this 18 day of May, 2026, in accordance with the Texas Rules of Civil Procedure, via electronic service/e-service/email.

Jaime Faria
Defendant, Pro Se

[redacted]

Email: Fariajaime4151@gmail.com

**Aleshia R. Huffman,**

**Scott & Associates, P.C.**

**P.O. Box 115220,**

**Carrollton, Texas 75011-5220**

FILED
2026 MAY 18 PM 2:00
COUNTY CLERK
FORT BEND COUNTY TEXAS

# EXHIBIT 10

FCRA Dispute Letter to Equifax (15 U.S.C. §§ 1681i, 1681s-2(b)),
sent USPS Certified Mail No. 9207 1901 4298 0479 7983 32,
with enclosures (Bill of Sale; Citibank Statement)

*May 21, 2026*

14053814.1.1c-11

Jaime Faria
24911 Bay Mist Ridge LN,
Katy TX 77494

USPS CERTIFIED MAIL

9207 1901 4298 0479 7983 32

00140538140000011
Equifax Consumer Disputes
P.O. Box 740256
Atlanta GA 30374
USA

# See Important Information Enclosed

14053814.1.2-11

**Jaime Faria**
24911 Bay Mist Ridge LN,
Katy, TX 77494
fariajaime4151@gmail.com

May 21, 2026

**Equifax Consumer Disputes**
P.O. Box 740256, Atlanta, GA 30374

**Re: FORMAL DISPUTE — FCRA §1681i & §1681s-2(b) — Portfolio Recovery Associates — Acct. CITIB-****************

Dear Equifax Consumer Disputes Department:

I, Jaime Faria, formally dispute inaccurate and false information reported by Portfolio Recovery Associates, LLC ("PRA") on my Equifax credit file. Pursuant to the Fair Credit Reporting Act (FCRA), 15 U.S.C. §§ 1681i and 1681s-2(b), I demand immediate reinvestigation and, if the information cannot be verified, its permanent deletion.

## I. ACCOUNT CURRENTLY REPORTED

| | |
|---|---|
| **Furnisher/Collector** | Portfolio Recovery Associates, LLC |
| **Original Creditor** | Citibank, N.A. (My Best Buy Credit Card) |
| **Account Number** | CITIB-************** |
| **Account Status (reported)** | Open |
| **Payment Status (reported)** | Late 120 Days |
| **Balance Owed (reported)** | $4,554 |
| **High Balance** | $4,408 |
| **Date Reported** | 5/1/2026 |
| **Last Verified** | -- |
| **Dispute Status (reported)** | Account disputed |
| **Creditor Remarks (reported)** | Consumer disputes after resolution / Collection account |
| **Account Rating** | Derogatory |

14053814.1.3-11

## II. SPECIFIC GROUNDS FOR DISPUTE

### Ground 1 (CRITICAL): False 'Dispute Resolved' Reporting — FCRA §1681s-2(a)(1)(A)

Equifax shows 'Account disputed' — which is accurate. However, the underlying reporting by PRA still contains inaccuracies detailed below that must be corrected.

### Ground 2: PRA Cannot Establish Valid Chain of Title

In court proceedings (Case No. 25-JDC11-06231, Fort Bend County), PRA submitted only: (a) a generic bulk Bill of Sale from Citibank that does not identify my name or specific account; and (b) an unauthenticated computer-generated spreadsheet. PRA never produced the Master Purchase and Sale Agreement and Addendum referenced in its own Bill of Sale — the only documents that could verify my specific account was included in the transfer. PRA therefore cannot verify its legal ownership of this alleged debt.

### Ground 3: Inaccurate Balance — Includes Court Costs Not Part of Original Debt

The reported balance of $4,554 corresponds to the court judgment amount ($4,554.80), which includes $146.72 in court costs. The original alleged debt was $4,408.08. Court costs are not part of the original Citibank consumer debt and should not be included in the consumer credit tradeline balance. The last Citibank billing statement shows a balance of $4,381.90 — making the $4,554 figure inaccurate by at minimum $172.10.

### Ground 4: Incorrect Payment Status — 'Late 120 Days' on a Collection Account

Equifax reports Payment Status as 'Late 120 Days' for a Collection account. Under Metro 2 credit reporting standards, a collection account must report as 'Collection' or 'Chargeoff' — not as a late payment. Reporting 'Late 120 Days' on a collection account creates a dual negative impact and is inaccurate under FCRA §1681s-2(a).

### Ground 4: Active Appeal — Judgment Is Not Final

A default judgment was entered on February 24, 2026 in Justice Court. I timely appealed this judgment to the Fort Bend County District Court (appeal filed March 2026). The judgment is NOT FINAL. Reporting $4,554 as 'Balance Owed' and 'Past Due' while the appeal is pending is misleading and inaccurate, in violation of FCRA §1681e(b).

## III. REINVESTIGATION DEMANDS

Pursuant to 15 U.S.C. § 1681i(a), I formally request:

1. Initiate a complete reinvestigation within 30 days of receipt of this dispute;
2. Forward this dispute and ALL attached documentation to Portfolio Recovery Associates, LLC;
3. Require PRA to provide to you: (a) complete chain of title from Citibank to PRA including the Master Purchase and Sale Agreement and Addendum; (b) proof that Account No. ending in 5124 is specifically included in the transfer; (c) original signed Citibank credit agreement; (d) explanation and documentation for the balance discrepancy; (e)

documentation that the dispute was actually investigated and resolved (not merely marked as such);

4. If PRA cannot verify ownership, the accurate balance, and that the dispute was properly resolved, DELETE this tradeline IMMEDIATELY and PERMANENTLY;
5. Provide written results of the reinvestigation within 5 business days of completion, including contact information for any furnisher contacted (15 U.S.C. §1681i(a)(6));
6. Add a 100-word consumer dispute statement to my credit file if the reinvestigation does not result in correction or deletion.

## IV. DOCUMENTS ENCLOSED

7. Debt Validation Letter — December 23, 2024
8. USPS Certified Mail Delivery Confirmation — January 7, 2025 (Tracking: 9589071052701697095529)
9. Screenshot of current Equifax credit report showing disputed tradeline (dated May 21, 2026)
10. Citibank Billing Statement showing balance of $4,381.90
11. Court Documents — Case No. 25-JDC11-06231 (Fort Bend County) — showing judgment on appeal
12. PRA's Bill of Sale (showing absence of individual account identification)

NOTICE TO CREDIT BUREAU: Be advised that Portfolio Recovery Associates' reporting of 'dispute resolved' when it never responded to or investigated the consumer's written dispute may expose both the furnisher and your bureau (if you fail to conduct a reasonable reinvestigation) to civil liability under FCRA §1681n and §1681o, including statutory damages, actual damages, punitive damages where applicable, and attorney's fees.

I reserve all rights under the FCRA, FDCPA, Texas Debt Collection Act, and all applicable laws.

Sincerely,

Jaime Faria

24911 Bay Mist Ridge LN, Katy, TX 77494

fariajaime4151@gmail.com

May 21, 2026

14053814.1.5-11

Docusign Envelope ID: E1D6411C-F435-42AA-B021-CACFA4C73AA8

Contract ID: PR8MUMAA073123
Addendum ID: PR8MUMAA073123C6
Document ID: 110724PR1BB1FMB1

**BILL OF SALE AND ASSIGNMENT**
**October 2022 Best Buy Fresh Flow Accounts**

THIS BILL OF SALE AND ASSIGNMENT dated November 22, 2024, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 5800 South Corporate Place, Sioux Falls, SD 57108 (the "Bank") to Portfolio Recovery Associates, LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business at 120 Corporate Boulevard, Norfolk, VA 23502. ("Buyer").

For value received and subject to the terms and conditions of the Master Purchase and Sale Agreement dated July 31, 2023 and Addendum No. 6 dated July 31, 2023, between Buyer and the Bank as amended, restated, or otherwise modified from time to time (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file and identified as PRA-Best-Buy-Fresh-Flow-1124.

**Citibank, N.A.**
DocuSigned by:
By: Brandy Rearden
0A00B5144F0B4AE
(Signature)

Name: Brandy Reardon

Title: Authorized Party

**Portfolio Recovery Associates, LLC**
DocuSigned by:
By: Leigh Bates
8A3D5D0B1B874CF...

Name Leigh Bates

Title: Senior Vice President



PRA 073123

FARIA-0108

14053814.1.6-11

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
BEST BUY CREDIT SERVICES
PO Box 78041, St. Louis, MO 63179

Account number [redacted]

**My Best Buy® Credit Card**

Customer Service:
bestbuy.accountonline.com

Account Inquiries:
1-888-620-5979 (TTY: 711)

| *Summary of Account Activity* | |
|---|---|
| Previous Balance | $4,294.77 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases/Other Debits | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$13.31 |
| New Balance | $4,308.08 |
| Past Due Amount | $782.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Amount Over Credit Limit | $108.08 |
| Statement Closing Date | 09/09/2024 |
| Next Statement Closing Date | 10/10/2024 |
| Days in Billing Cycle | 31 |

| *Payment Information* | |
|---|---|
| New Balance | $4,308.08 |
| Minimum Payment Due | $882.00 |
| Payment Due Date | October 4, 2024 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $5,253 |
| $146 | 3 years | $5,242 (*Savings=$11*) |

If you would like information about credit counseling services, call 1-877-337-8188 (TTY: 711).

You must pay your promotional balance of $872.32 in full by 12/04/24 to avoid paying deferred interest charges.

Your minimum payment due will not be met if your AutoPay preferences remain as is. Please visit Account Online to update your preferences or make an additional payment in order to keep your account current.

You're in a payment program; please pay at least the minimum payment due as listed in the terms and agreement letter sent to you at time of enrollment.

For assistance or questions regarding your payment program, please contact us at the toll free or TTY number listed at the top of this statement. We're available to you 7 days a week.

Please note that if we received your payment by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

8HN5

PLEASE SEE IMPORTANT INFORMATION ON PAGE 2. Page 1 of 4 This Account is issued by Citibank, N.A.

Please detach and return lower portion with your payment to ensure proper credit. Retain upper portion for your records.

BEST BUY

PO BOX 6204
SIOUX FALLS, SD 57117-6204

Statement Enclosed

Account number ending in 5124 [redacted]

**Your Account is enrolled in AutoPay. Your next AutoPay payment of $100.00 will be deducted from your bank account on 10/04/2024.**

| | |
|---|---|
| Payment Due Date | October 4, 2024 |
| New Balance | $4,308.08 |
| Past Due Amount[1] | $782.00 |
| Minimum Payment Due | $882.00 |

Amount Enclosed: $

[1] Past Due Amount is Included in the Minimum Payment Due.
Please see reverse side to change your address.
Make Checks Payable to

JAIME FARIA
[redacted]

BEST BUY CREDIT SERVICES
PO BOX 78009
PHOENIX, AZ 85062-8009

[redacted]

FARIA-0109

14053814.1.7-11

Keep this stub with your personal records. The other side contains important information.

Please note: The date we issued this card is shown below the signature line.

JAIME RAFAEL FARIA OLIVARES
24911 BAY MIST RIDGE
LANE
KATY TX 77494-6085

## YOUR SOCIAL SECURITY CARD

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.

SOCIAL SECURITY

VALID FOR WORK ONLY
WITH DHS AUTHORIZATION

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

JAIME RAFAEL
FARIA OLIVARES

SIGNATURE

USA 01/23/2017

14053814.1.8-11



Texas USA
DRIVER LICENSE
Director: Steven C. McCraw

DRIVER LICENSE

4d. DL: 44483727
9. Class: C
4b. Exp: 10/27/2029
3. DOB: 10/27/1975
4a. Iss: 12/13/2021
1. FARIA OLIVARES
2. JAIME RAFAEL
8. 24911 BAY MIST RIDGE LN
KATY, TX 77494
12. Rest: A
9a. End: NONE
16. Hgt: 5'-04"
15. Sex: M
18. Eyes: BLK
5. DD: 02223111124153447452
10/27/1975

14053814.1.9-11

## PORTFOLIO RC

| | Transunion® | Experian® |
|---|---|---|
| **Account #** | 603535********** | 603535********** |
| **High Balance:** | $4,408 | $4,408 |
| **Last Verified:** | 5/4/2026 | -- |
| **Date of Last Activity:** | 5/4/2026 | 11/1/2024 |
| **Date Reported:** | 5/4/2026 | 4/12/2026 |
| **Date Opened:** | 11/22/2024 | 11/1/2024 |
| **Balance Owed:** | $4,554 | $4,554 |
| **Closed Date:** | -- | -- |
| **Account Rating:** | Derogatory | Derogatory |
| **Account Description:** | Individual | Individual |
| **Dispute Status:** | Account not disputed | Account not disputed |
| **Creditor Type:** | Other Collection Agencies | Other Collection Agencies |
| **Account Status:** | Open | Closed |
| **Payment Status:** | Collection/Chargeoff | Collection/Chargeoff |
| **Creditor Remarks:** | Dispute resolved; customer disagrees | Subscriber reports dispute resolved - consumer disagrees. |
| **Original Creditor** | 08 CITIBANK N A | CITIBANK N.A. |
| **Last Payment:** | -- | -- |
| **Past Due Amount:** | -- | -- |
| **Account Type:** | -- | -- |

## PORTFOLIO

| | Transunion® | Experian® | Equifax® |
|---|---|---|---|
| Account # | – | – | CITIB-************** |
| High Balance: | – | – | $4,408 |
| Last Verified: | – | – | – |
| Date of Last Activity: | – | – | 2/1/2024 |
| Date Reported: | – | – | 5/1/2026 |
| Date Opened: | – | – | 11/1/2024 |
| Balance Owed: | – | – | $4,554 |
| Closed Date: | – | – | – |
| Account Rating: | – | – | Derogatory |
| Account Description: | – | – | Individual |
| Dispute Status: | – | – | Account disputed |
| Creditor Type: | – | – | Factoring Companies |
| Account Status: | – | – | Open |
| Payment Status: | – | – | Late 120 Days |
| Creditor Remarks: | – | – | Consumer disputes after resolution<br>Collection account |
| Payment Amount: | – | – | $0 |
| Last Payment: | – | – | 2/1/2024 |
| Term Length: | – | – | – |
| Past Due Amount: | – | – | $4,554 |
| Account Type: | – | – | Collection |
| Payment Frequency: | – | – | – |
| Credit Limit: | – | – | $0 |

## PORTFOLIO RC

| | Transunion® | Experian® |
|---|---|---|
| **Account #** | 603535********** | 603535********** |
| **High Balance:** | $4,408 | $4,408 |
| **Last Verified:** | 5/4/2026 | – |
| **Date of Last Activity:** | 5/4/2026 | 11/1/2024 |
| **Date Reported:** | 5/4/2026 | 4/12/2026 |
| **Date Opened:** | 11/22/2024 | 11/1/2024 |
| **Balance Owed:** | $4,554 | $4,554 |
| **Closed Date:** | – | – |
| **Account Rating:** | Derogatory | Derogatory |
| **Account Description:** | Individual | Individual |
| **Dispute Status:** | Account not disputed | Account not disputed |
| **Creditor Type:** | Other Collection Agencies | Other Collection Agencies |
| **Account Status:** | Open | Closed |
| **Payment Status:** | Collection/Chargeoff | Collection/Chargeoff |
| **Creditor Remarks:** | Dispute resolved; customer disagrees | Subscriber reports dispute resolved - consumer disagrees. |
| **Original Creditor** | 08 CITIBANK N A | CITIBANK N.A. |
| **Last Payment:** | – | – |
| **Past Due Amount:** | – | – |
| **Account Type:** | – | – |

# EXHIBIT 11

Equifax Reinvestigation Results — PRA Tradeline *5124 Verified as "Reporting Accurately" with Balance/Past Due of $4,554 (pages 3-4 of 6; complete copy to be supplemented)

*June 11, 2026*

# Disputed Personal Information

**You disputed the personal information listed below. We have provided information about the result for each item.**

| Information | Type of Information | You indicated that | Result of Dispute |
|---|---|---|---|
| **24911 Bay Mist Ridge Ln, Katy, TX, 77494** | Current Address | You would like to update this information. | We updated your address based on the information you gave us. |

**Your credit report now includes this personal information:**

**JAMIE R FARIA**

24911 BAY MIST RIDGE LN, Katy, TX 77494
Social Security Number: **XXX-XX-8404**
Date of Birth: **10/27/1975**

**Former Name(s):**
JAIME RAFAEL FARIA-OLIVARES
JAIME RAFAEL R PADILLA
JAIME OLIVARES
JAIME FARIA
JAIME RAFAEL FARIA OLIVARES

**Employment Information:**
ACADEMY SPORTS AND O, MANAGER - Current
APP CORP - Former
CITGO PETROLEUM CO, LOGISTIC MANAGER - Former

**Consumer File Notices:**
None

**Former Address(es):**
29127 CAYMAN CANYON WAY, KATY, TX 77494
1393 ELDRIDGE PKWY, HOUSTON, TX 77077
1293 ELDRIDGE PKWY, HOUSTON, TX 77077
9902 SPRINGFIELD RIDGE DR, KATY, TX 77494
34911 BAY MIST RIDGE LN, KATY, TX 77494
2401 S GESSNER RD APT 311, HOUSTON, TX 77063

**Former Phone Number(s):**
None

**Consumer Statement:**
No Statement on file.

00001724 04003 0002-0003 DECA0000061126227807 00 L 00000557

# Disputed Credit Accounts

**PORTFOLIO RECOVERY ASSOC** 120 CORPORATE BLVD, Norfolk, VA, 23502 | (800) 772-1413

**When we received your dispute, your credit account information was:**

Account Number: ***5124** | Owner: **Individual Account**
Loan/Account Type: **Debt Buyer Account** | Status: -

Date Reported: **05/04/2026** | Balance: **$4,554**
Credit Limit: - | High Credit: **$4,408**

Date Opened: **11/22/2024**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **02/05/2024**
Date Major Delinquency 1st Reported: **02/26/2025**
Amount Past Due: **$4,554**
Charge Off Amount: -
Date Closed: -
Activity Designator: -

Terms Frequency: -
Months Reviewed: **15**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **057, 167**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | C | C | C | C | - | - | - | - | - | - | - | - |
| 2025 | - | C | C | C | C | C | C | C | C | C | C | C |

| Narrative Code | Narrative Code Description |
|---|---|
| 057 | Collection Account |
| 167 | Consumer Disputes After Resolution |

**You indicated that the status, payment history, or payment rating on this account was inaccurate. Our investigation concluded that the disputed information is reporting accurately.**

**The credit account information after completing the dispute investigation is:**

Account Number: ***5124** | Owner: **Individual Account**
Loan/Account Type: **Debt Buyer Account** | Status: -

Date Reported: **06/11/2026** | Balance: **$4,554**
Credit Limit: - | High Credit: **$4,408**

Date Opened: **11/22/2024**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **02/05/2024**
Date Major Delinquency 1st Reported: -
Amount Past Due: **$4,554**
Charge Off Amount: -
Date Closed: -
Activity Designator: -

Terms Frequency: -
Months Reviewed: **15**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **057, 167**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | C | C | C | C | - | - | - | - | - | - | - | - |
| 2025 | - | C | C | C | C | C | C | C | C | C | C | C |

| Narrative Code | Narrative Code Description |
|---|---|
| 057 | Collection Account |
| 167 | Consumer Disputes After Resolution |

00001724 04003 0002-0003 DECA0000061126227807 00 L 00000557