AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **4:26-cv-06805**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **PortFolio Recovery Associates, LLC** was received by me on **8/24/2026**:

☐ I personally served the **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Mak Hayes**, who is designated by law to accept service of process on behalf of **PortFolio Recovery Associates, LLC** at **211 E 7th St Ste 620, Austin, TX 78701-3218** on **08/26/2026 at 3:08 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

United States Courts
Southern District of Texas
FILED
AUG 3 1 2026
Nathan Ochsner, Clerk of Court

My fees are $ 0 for travel and **$ 133.50** for services, for a total of **$ 133.50**.

I declare under penalty of perjury that this information is true.

Date: 08/27/2026

Kelly Murski

*Server's signature*

**Kelly Murski**

*Printed name and title*

**3575 Far West Blvd - UPS - Signture is required**
**Unit #27011**
**Austin, TX 78755**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT, to Mak Hayes who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses.**

Tracking #: 0239161055